**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Associated Third Party Administrators** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3187938** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **222 N Sepulveda Blvd #2000**<br>**El Segundo, CA 90245**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.atpa.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Associated Third Party Administrators** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5416__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **Allied Fund Administrators LLC** | Relationship | **Subsidiary** |
|---|---|---|---|---|
| | District | **Central** | When _____ Case number, if known | **Filed Concurrently** |

Debtor   **Associated Third Party Administrators**                    Case number (*if known*) _____

Name

---

**11. Why is the case filed in** *this district?*    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |

**13. Debtor's estimation of available funds** .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Associated Third Party Administrators** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 17, 2016**
MM / DD / YYYY

X **/s/ Henry Ritter**                                            **Henry D. Ritter**
Signature of authorized representative of debtor        Printed name

Title   **President and Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Ron Bender**                              Date **October 17, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Ron Bender**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**     Email address   rb@lnbyb.com

**143364**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Associated Third Party Administrators** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACCOUNTING PRINCIPALS, INC (customer# API0000191) Dept CH 14031 PALATINE, IL 60055 | | | | | | $257,971.90 |
| SOUTH CENTER INVESTORS, LLC CBRE BLDGID: 3302-3 PO BOX 82550 GOLETA, CA 93118-2550 | | | | | | $233,371.79 |
| CHANGE HEALTHCARE BUSINESS FULFILLMENT, CUST NO: ABF-3256 P.O. BOX 572490 MURRAY, UT 84157-2490 | | | | | | $227,676.53 |
| EXECUTIVE OFFICE CENTER AT FRESH MEADOWS 61-43 186 STREET FRESH MEADOWS, NY 11365 | | | | | | $220,083.96 |
| OFFICE & PROFESSIONAL EMPLOYEES TRUST FUNDS P. O. BOX 55366 HAYWARD, CA 94545 | | | | | | $168,612.75 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Associated Third Party Administrators** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UNITED PARCEL SVC (0386SL) CONS** P. O. BOX 894820 LOS ANGELES, CA 90189-4820 | | | | | | $128,733.92 |
| **NELSON** P.O. BOX 49195 SAN JOSE, CA 95161-9195 | | | | | | $114,938.88 |
| **HANSON BRIDGETT LLP** 425 Market Street, 26th Floor, San Francisco, CA 94105 | | | | | | $103,957.59 |
| **IRON MOUNTAIN (BY722)** P. O. BOX 601002 PASADENA,, CA 91189-1002 | | | | | | $92,018.59 |
| **ION CHECK CHARGES** | | | | | | $66,578.45 |
| **AUTOMOTIVE INDUSTRIES WELFARE** P.O BOX 55516 HAYWARD, CA 94545-0516 | | | | | | $64,744.92 |
| **PURCHASE POWER (8000-9090-0690-215 4)** P.O. BOX 371874 ACCT# 8000-9090-0690-215 4 PITTSBURGH, PA 15250-7874 | | | | | | $57,133.57 |
| **ARAMARK UNIF SERV #792114697** AUS West Lockbox P. O. BOX 101179 pasadena, CA 91189-0005 | | | | | | $40,076.74 |
| **BASYS** 3700 KOPPERS STREET, SUITE 400 BALTIMORE, MD 21227 | | | | | | $37,080.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Associated Third Party Administrators**                    Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMC SOFTWARE P. O. BOX 301165 HOUSTON, TX 75303-1165** | | | | | | **$29,080.00** |
| **SICHENZIA ROSS FRIEDMAN FERENCE CENTERCOURT ASSET MANAGEMENT 369 LEXINGTON AVENUE - 25TH FLOOR NEW YORK, NY 10017** | | | | | | **$29,020.00** |
| **ELEMENT/COACTIV FINANCIAL (USA) P. O. BOX 51657 LOS ANGELES, CA 90051-5957** | | | | | | **$24,177.12** |
| **SEYFARTH SHAW ATTORNEYS 3807 COLLECTIONS CENTER DR CHICAGO, IL 60693** | | | | | | **$22,700.97** |
| **CIT FINANCE LLC P. O. BOX 100706 PASADENA, CA 91189-0706** | | | | | | **$22,560.54** |
| **MODERN EXPRESS COURIER Marble Bridge Funding Group,Inc. P. O. BOX  8195 Walnut Creek, CA 94596** | | | | | | **$22,095.84** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Allied Fund Administrators LLC, Filed Concurrently**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **El Segundo** , California.

Date: **October 17, 2016**

**/s/ Henry Ritter**
**Henry Ritter**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Associated Third Party Administrators**



Debtor(s).

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __49__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 17, 2016** _____

**/s/ Henry Ritter** _____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **October 17, 2016** _____

**/s/ Ron Bender** _____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Associated Third Party Administrators
222 N Sepulveda Blvd #2000
El Segundo, CA 90245


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


AABCO PRINTING
1300 GALAXY WAY #20
CONCORD, CA 94520


ACC BUSINESS
 ACCT# 00001162115
P.O BOX 105306
ATLANTA, GA 30348-5306


ACCO BRANDS
P. O. BOX 203412
DALLAS, TX 75320-3412


ACCOUNTEMPS
CUST#0034-000100000
P.O. BOX 743295
LOS ANAGELES, CA 90074-3295


ACCOUNTING PRINCIPALS, INC
 customer# API0000191
Dept CH 14031
PALATINE, IL 60055


Albelda, Marinette
2465 Shoreline Dr. #120
Alameda, CA 94501

ALEXANDER PROPERTIES COMPANY
P. O. BOX 640
SAN RAMON, CA 94583


Alfaro, Aleyda
639 Doolittle Way
Antioch, CA 94509


Allen, Lucas
544 Central Ave, Apt 324
Alameda, CA 94501


Altin, Neslim
213 Stratus Common
Livermore, CA 94550


Anderson, Joan
3170 Hillview Ct.
Concord, CA 94519


Anderson, Kimberly
10 Bramante Ct.
Oakley, CA 94561


ANTIQUE COFFEE & VENDING SERVICE, INC.
975 CRISS CIRCLE
ELK GROVE VILLAGE, IL 60007


ARAMARK UNIF SERV #792114697
AUS West Lockbox
P. O. BOX 101179
pasadena, CA 91189-0005

Ascentium Capital
23970 HWY 59N
KINGSWOOD, TX 77339


ASCENTIUM CAPITAL LLC
23970 HWY. 59 NORTH
KINGWOOD, TX 77339


ATPA Defined Benefit Plan
c/o Pension Benefit Guaranty Corp.
Restructuring Dept, 1200 K St. N.W.
Washington, DC 20005


ATPA DEFINED BENEFIT PLAN
C/O PENSIION BENEFIT GUARANTY CORPORATIO
1200 K STREET, N.W.
WASHINGTON, DC 20005


Atwood, Felicia
2163 Clinton Av. Apt C
Alameda, CA 94501


AUTOMOTIVE INDUSTRIES WELFARE
P.O BOX 55516
HAYWARD, CA 94545-0516


Bailey, Jill
1475 Via Escondido
San Lorenzo, CA 94580


Baker, Herbert
5491 Mantua Court
San Diego, CA 92124

Baligaya, Antonette
2029 Otis Dr. Unit G
Alameda, CA 94501


BANK OF THE WEST
P.O. BOX 7167
PASADENA, CA 91109-7167


BANK OF THE WEST, TRINITY DIVISION
475 SANSOME ST, 19TH FLOOR
SAN FRANCISCO, CA 94111-3112


Banks, Mary
2630 Central Ave #B
Alameda, CA 94501


Banks-Moore, Geanna
2946 International Blvd., Apt. 307
Oakland, CA 94601


Bardwell, Tominique
225 W. Eaton Ave, APT A
Tracy, CA 95376


Barrera, Grizel
2258 S. Homan
Chicago, IL 60623


BASYS
3700 KOPPERS STREET,
SUITE 400
BALTIMORE, MD 21227

Becker, Christopher
3103 Claudia dr.
Concord, CA 94519


Beeman, Bridget
1818 Tobi Court
Concord, CA 94521


BELL & HOWELL COMPANY
Attn: ACCT# 49264-01
P. O. BOX 91651
CHICAGO, IL 60693


Bennett, Jacquiline
1315 Dorothy Avenue
San Leandro, CA 94578


BMC SOFTWARE
P. O. BOX 301165
HOUSTON, TX 75303-1165


BOMAR MAIL SERVICE
P.O. BOX 3212
HAYWARD, CA 94540


Borja, Chriseli
22730 Bayview Avenue
Hayward, CA 94541


Boyle, William
8807 Cellar Way
Windsor, CA 95492

Bragg, Mary
411 2nd Street
Coronado, CA 92118


Brenes, Matthew
1060 Burnham Dr
Pittsburg, CA 94565


Brooks, Kirsten
250 Elm Street, #19
San Mateo, CA 94401


Bubb, Diana
601 Tulare Drive
Vacaville, CA 95687


Bunnell, Robert
22 Butterfly Lane
Kentfield, CA 94904


California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280


CAMHZN MASTER LDC
C/O CENTRECOURT ASSET MANAGEMENT LLC
350 MADISON AVE., 8TH FLOOR
NEW YORK, NY 10017


CAMOFI MASTER LDC
C/O CENTRECOURT ASSET MANAGEMENT
350 MADISON AVE., 8TH FLOOR
NEW YORK, NY 10017

CAMOFI Master LDC/ CAMHZN Mater LDC
Downey Brand LLP, William Warne
621 Capital Mall 18th Flr
Sacramento, CA 95814-4731


Campbell-Romero, Tuailani
39997 Cedar Blvd. Unit 353
Newark, CA 94560


CANON FINANCIAL  590841
14904 COLLECTIONS
CENTER DRIVE
CHICAGO, IL 60693-0149


CANON FINANCIAL  590841
14904 COLLECTIONS
CHICAGO, IL 60693-0149


CANON FINANCIAL SERVICES
158 GAITHER DRIVE, #200
MT LAUREL, NJ 08054


CANON SOLUTIONS  FILE 51075
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CAREERBUILDER, LLC
13047 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0130


CARTER, JOHN
P.O. Box 707
Plainfield, IL 60544

Castillo, Narby
2851 MAC ARTHUR BLVD
Oakland, CA 94602


Castro, Evelyn
1009 Sanderling Drive
Hercules, CA 94547


CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723


Centrecourt Asset Management
Charles B. Thomas, Esq.,
2300 Wilson Blvd 7th Flr
Arlington, VA 22201


Centrecourt Asset Management
Attn Richard Smithline
11 East 44th St Suite 1600
New York, NY 10017


Chaidez, Elisve
2116 N. Lamon
Chicago, IL 60639


Chan, Kenneth
3289 Adams Street
Alameda, CA 94501


CHANGE HEALTHCARE BUSINESS FULFILLMENT,
CUST NO: ABF-3256
P.O. BOX 572490
MURRAY, UT 84157-2490

Cheli, Vicki
18977 Patton Drive
Castro Valley, CA 94546


Chess, Christine
1033 Central Ave.#A
Alameda, CA 94501


Chesser, Cindy
P.O. Box 2201
Dublin, CA 94568


Christian, Ishita
232 Lexington Ave
San Leandro, CA 94577


CINTAS CORPORATION
P. O. BOX 631025
CINCINNATI, OH 45263-1025


Cisco Systems Capital
P.O. BOX 742927
LOS ANGELES, CA 90074-2927


CISCO SYSTEMS CAPITAL CORP
P.O. BOX 742927
LOS ANGELES, CA 90074-2927


CISCO SYSTEMS CAPITAL CORPORATION
170 W. TASMAN DRIVE, MS SJ13-3
SAN JOSE, CA 95134

CISCO SYSTEMS CAPITAL CORPORATION
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


CIT Finance
P.O.BOX 100706
PASADENA, CA 91189-0706


CIT FINANCE LLC
10201 CENTURION PARKWAY NORTH
JACKSONVILLE, FL 32256


CIT FINANCE LLC
P. O. BOX 100706
PASADENA, CA 91189-0706


Clement, Kristina
2104 Westmeath Way
Rocklin, CA 95765


Co-Activ Capital Partners
P. O. BOX 51657
LOS ANGELES, CA 90051-5957


COACTIV CAPITAL PARTNERS, INC.
655 BUSINESS CENTER DRIVE SUITE 250
HORSHAM, PA 19044


COAST TO COAST
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063

Colman, Melanie
2709 Central Ave.#A
Alameda, CA 94501


Colombo, Kassandra
11638 Sagewood Ave.
P.O. Box 96, Long B
San Leandro, CA 94579


Colombo, Michael
17325 Via Alamitos
San Lorenzo, CA 94580


COMCAST
ACCT#8778 10 309 1198072
PO BOX 34227
SEATTLE, WA 98124-1227


COMED  #6986053049
Attn: ACCT# 0106-22-4194-E
BILL PAYMENT CENTER
CHICAGO, IL 60602


COMMUTER CHECK SERVICES
 CUST #015871
320 NEVADA STREET, 4TH FL.
NEWTON, MA 02460


COMPUTER TRANSITION SVCS INC
3223 S. LOOP 289
STE 556
LUBBOCK, TX 79423


Contra Costa Commercial, LLC

```
COSTCO WHOLESALE  7003-7300-0001-0656
RETAIL SERVICES
P. O. BOX 5219
CAROL STREAM, IL 60197-5219


CRAIGSLIST
P.O. BOX 225159
SAN FRANCISCO, CA 94122-5159


Crampton Family Trust
c/o Ronald Crampton
8590 Sunrise Lane
La Mesa, CA 91941


Cueva, Marilyn
670 Palm Avenue
Martinez, CA 94553


Cusumano, Marsha
18210 Exeter Ct.
Lathrop, CA 95330


Daniel, Mark
1937 Seasons Way
Pittsburg, CA 94565


Dantono, Kara
1901 Cameron Court
Concord, CA 94518


DATA-LINK ASSOCIATES, INC
202 TERMINAL DRIVE
SUITE 3
PLAINVIEW, NY 11803
```

Day, Jody
304 Preda Street
San Leandro, CA 94577


DE LAGE LANDEN
FINANCIAL SERVICES, INC
PO BOX 41602
PHILADELPHIA, PA 19101-1602


De Lage Landen Financial
FINANCIAL SERVICES, INC
PHILADELPHIA, PA 19101-1602


DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


Del Cid, Nancy
4736 W. Shakespeare
Chicago, IL 60639


Del Pozo, Kathleen
1901 Cameron Court
Concord, CA 94518


DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 6547
CAROL STREAM, IL 60197-6547


Dell Financial Services
PAYMENT PROCESSING CENTER
CAROL STREAM, IL 60197-6547

DELL FINANCIAL SERVICES L.L.C.
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK, TX 78682


DEPT OF CONSUMER & BUSINESS SERVICES
FISCAL SERVICES SECTION
PO BOX 14610
SALEM, OR 97309-0445


Devereaux, June
709 Oakes Blvd
San Leandro, CA 94577


Dimaano, Rosemarie
15394 Farnsworth Street
San Leandro, CA 94579


District Council 16  Confirm
501 Shatto Place, Suite 400
Los Angeles, CA 90020


DISTRICT COUNCIL NO. 16
ATTN: ACCOUNTING
2705 CONSTITUTION DRIVE
LIVERMORE, CA 94551


DOCUSTREAM, INC.
14860 WICKS BLVD
SAN LEANDRO, CA 94577


Donleavy, Catherine
8371 Kent Drive
El Cerrito, CA 94530

Dorff, Sarah
1042 Minerva Street
San Leandro, CA 94577


Edlund, Veronica
1954 Dayton Ave
San Leandro, CA 94579


EFAX CORPORATE
C/O J2 GLOBAL, INC
PO BOX 51873
LOS ANGELES, CA 90051-6173


Ehlert, Michael
23931 Pinnacles Court
Hayward, CA 94541


ELEMENT FINANCIAL CORP.  USA
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044


ELEMENT/COACTIV  FINANCIAL  USA
P. O. BOX 51657
LOS ANGELES, CA 90051-5957


Emanuel-Patton, Genevieve
1242 Peralta Road
Pacifica, CA 94044


EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO, CA 94280

EMPLOYMENT SECURITY DIVISION
CONTRIBUTIONS SECTION
500 E. THIRD STREET
CARSON CITY, NV 89713-0030


ENGINEERS PUBLISHING
ATTN: CAMERON HOPSON
1620 S. LOOP RD
ALAMEDA, CA 94502


Enos, Karen
1840 Burkhart Ave.
San Leandro, CA 94579


Ervin Leasing
P.O. BOX 7365
ANN ARBOR, MI 48107-7365


ERVIN LEASING COMPANY
3893 RESEARCH PARK DRIVE
ANN ARBOR, MI 48108


ERVIN/UNIFI EQUIPMENT FINANCE
P.O. BOX 7365
ANN ARBOR, MI 48107-7365


Escobar, Michelle
1599 Purdue St.
San Leandro, CA 94579


EVERBANK COMMERCIAL FINANCE
10 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD., 2ND FLOOR
PARSIPPANY, NJ 07054


Everbank Commerical Finance
10 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054


EXECUTIVE OFFICE CENTER AT
FRESH MEADOWS
61-43 186 STREET
FRESH MEADOWS, NY 11365


FAIR HEALTH INC
PO BOX 3820
NEW YORK, NY 10163


Fernandez, Maria
1061 Burnham Dr
Pittsburg, CA 94565


Fesehaye, Robel
1531 Chestnut St., Apt. G
ALAMEDA, CA 94501


Figueroa, Jessica
1631 Estudillo Street, Apt #3
Martinez, CA 94553


FIRST CHOICE BAY AREA  SAN LEANDRO
2423 VERNA COURT
SAN LEANDRO, CA 94577

Flaherty, Joseph
1266 Lakehurst Rd.
Livermore, CA 94551


Fleming, Melissa
903 El Camino Avenue
Vacaville, CA 95688


Floyd, Jim
648 Garden Park Drive
Roseville, CA 95678


Fox, Nancy
603 Aleta Place
Pleasant Hill, CA 94523


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


Fu, Shao Hwei
34950 Silverlock Ct.
Fremont, CA 94555


Fuller, Cassandra
3056 Florida St, Apt C
Oakland, CA 94602


GALEK LAW
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CA 94111

Galvan, Norma
325 Rosemarie Pl
Bay Point, CA 94565


Gamino, Arlene
P.O. Box 99347
Emeryville, CA 94662


Garcia, Sandra
163 Manville Avenue
Pittsburg, CA 94565


Garland, Stacy
1386 Canterbury Drive
Concord, CA 94521


General Electric
P. O. BOX 31001-0275
PASADENA, CA 91110-0275


Glasky, Michael
34550 Mission Blvd
Union City, CA 94587


Gloster-Epps, Pamela
14243 Outrigger Dr
San Leandro, CA 94577


Goddard, Melissa
2908 Otis Drive
Alameda, CA 94501

Guarducci, Julie
740 Shell Ave, #204
Martinez, CA 94553


Gutierrez, Maria
2709 Central Ave. #a
Alameda, CA 94501


Guzman, Ruby
2258 Placer Drive
Bay Point, CA 94565


Hadden, Cassandra
13471 Aurora Drive
San Leandro, CA 94577


Hall-Mak, Marianna
34118 Bowlingreen Common
Fremont, CA 94555


HANSON BRIDGETT LLP
425 Market Street, 26th Floor,
San Francisco, CA 94105


Harrington, Desiree
3034 Pear Street
Antioch, CA 94509


Haynes, Marilyn
1701 Pecan Ln.
Oakley, CA 94561

He, Yun
160 14TH ST #805
OAKLAND, CA 94612


HEALTHSIGHT, LLC
248 S. FLORISSANT RD
FERGUSON, MO 63135


Henderson, Amanda
5337 Grasswood Circle
Concord, CA 94521


Hernandez, Cesar
2003 Pacific Avenue
Alameda, CA 94501


Herrera, Viviana
1140 Thalia Street
San Diego, CA 92154


HEWLETT-PACKARD FIN SER CO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974


HEWLETT-PACKARD FINANCIAL SERVICES COMPA
200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922


HIGHTAIL
1919 S. BASCOM AVE
SUITE 650
CAMPBELL, CA 95008

Hilliard, Carol
12001 Woodside Ave.#47
Lakeside, CA 92040


HLB Realty, Corp., dba Executive
Office Center at Fresh Meadows
c/o Jack Bumner, 61-43 186th Street
Fresh Meadows, NY 11365


Ho, Henon
2778 Shaner Drive
Alameda, CA 94502


Hom, Melissa
1707-B Lincoln Ave.
Alameda, CA 94501


Honea, Linda
785 Parkway Drive
Martinez, CA 94553


Hong, Cristina
455 Alida Way #28
South San Fran, CA 94080


HOTEL EMPLOYEES AND RESTAURANT
209 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102


Hotel Employees and Restaurant
Employees Union Local 2
209 Golden Gate Ave
San Francisco, CA 94102

```
HP Financial Services
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974


Huergas, Jessica
1118 Broadway Street, Apt A
Alameda, CA 94501


Huergas, Renee
1118 Broadway, # A
Alameda, CA 94501


Huerta, Christina
20089 Sapphire St.
Castro Valley, CA 94546


IBM CREDIT LLC
1 NORTH CASTLE DRIVE
ARMONK, NY 10504


IBM CREDIT LLC
ONE NORTH CASTLE DRIVE
ARMONK, NY 10504


IBM Credit LLC
P. O. BOX 676673
DALLAS, TX 75267-6673


Ilacqua, Ryan
69 Guise Way
Brentwood, CA 94513
```

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
100 First Street Suite 2000
San Francisco, CA 94105


ION CHECK CHARGES


IRON MOUNTAIN  BY722
P. O. BOX 601002
PASADENA,, CA 91189-1002


IRS/OHIO
P.O. BOX 145595
CINCINNATI, OH 45250


ISHAQ MOHAMMED
1228 BELLINGHAM SQUARE
SAN RAMON, CA 94582


ISIS PAPYRUS OF AMERICA, INC
301 BANK STREET
SOUTHLAKE, TX 76092-9123


JC PAPER
DEPT 34781
PO BOX 39000
SAN FRANCISCO, CA 94139

Jenkins, Jennifer
831 Marvin Way
Hayward, CA 94541


Jiles, Sheila
3832 Fallbrook court
Pittsburg, CA 94565


Johnson, Jennifer
22686 7th St.
Hayward, CA 94541


Johnson, Kimberly
3640 Hawaii Court South
Pleasanton, CA 94588


Jung, Alexander
302 Tralee Lane
Alameda, CA 94502


Key Equipment Finance
P.O. BOX 74713
CLEVELAND, OH 44194-0796


KEY EQUIPMENT FINANCE INC.
1000 SOUTH MCCASLIN BLVD
SUPERIOR, CO 80027


Kiloh, Leslie
2460 Pacheco Street
Concord, CA 94520

Kim, Mauricio
1847 Yosemite Road
Berkeley, CA 94707


Kruppa, Michael
358 Tulare Street
Brentwood, CA 94513


Kuchenreuther, Patricia
726 Kew Gardens Dr.
Las Vegas, NV 89178


LABOR UNIONS 401K PLAN
3444 CAMINO DEL RIO NORTH-SUITE100
SAN DIEGO, CA 92108


Lambert, Kenneth
436 Topsail Drive
Vallejo, CA 94591


LANDMARK IMAGE
4209 ROLLING HILLS LN
VACAVILLE, CA 95688


Latif, Aiman
3308 Crestfield Dr.
San Ramon, CA 94582


Latigue, Beverly
P. O. Box 11644
Oakland, CA 94611

```
Lau, Joyce
19429 Royal Avenue
Hayward, CA 94541


Law, Arleen
2512 Calhoun Street, Apt. A
Alameda, CA 94501


Leaf Capital Funding
P.O BOX 742647
CINCINNATI, OH 45274-2647


LEAF CAPITAL FUNDING, LLC AND/OR ITS ASS
2005 MARKET STREET, 15TH FLOOR
PHILADELPHIA, PA 19103


Lease Admin Center  Summit Funding Group
PO BOX 63-6488
CINCINNATI, OH 45263-6488


LEASE ADMINISTRATION CENTER
PO BOX 63-6488
CINCINNATI, OH 45263-6488


Lenovo Financial Services
P.O. BOX 100706
PASADENA, CA 91189-0706


LEVI, RAY & SHOUP, INC
ATTN: ACCOUNTS RECEIVABLE
2401 WEST MONROE
SPRINGFIELD, IL 62704
```

Lewis, Chiandra
229 Wistar Road
Oakland, CA 94603


Litzenberger, Isaac
965 Boyle St.
Union City, CA 94587


Lockett, Mitchell
20 Mar Vista Drive
Daly City, CA 94014


Loggins, Donna
1622 102nd Avenue
Oakland, CA 94603


Lopez, Sergio
36544 Olive St
Newark, CA 94560


Lorenzi, Rene
2814 Trimble Ct.
Hayward, CA 94542


Loyd, Mia
1449 Center Ave
Martinez, CA 94553


Lyons, Marian
352-A Waller Street
San Francisco, CA 94117

Ma, Wei
36312 CEDAR BLVD
NEWARK, CA 94560


Macisaac, Janet Beth
1540 170th Avenue
Hayward, CA 94541


MACKINNEY SYSTEMS, INC
4411 E. STATE HWY D
SUITE F
SPRINGFIELD, MO 65809


MACQUARIE EQUIPMENT FINANCE LLC
2285 FRANKLIN RD
BLOOMFIELD HILLS, MI 48302


Macquarie Huntington Tech Finance
P.O. BOX 2017
BLOOMFIELD HILLS, MI 48303-2017


Madayag, Thelma
545 Delong Street
Daly City, CA 94014


Madrid, German
262 Stonyhill Circle
Oakley, CA 94561


Magruder, Lara
2762 Lancaster Rd.
Hayward, CA 94542

Maholland, Barbara
2271 Laguna Dr.
Hayward, CA 94545


Mahony, Francis
735 So. Mary Ave.
Sunnyvale, CA 94087


MAILROOM PRINTING SERVICES



MAINLINE DISASTER RECOVERY
SERVICES, LLC
PO BOX 11407, DEPT# 1660
BIRMINGHAM, AL 35246-1660


Marlin
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604


Mc Phee, Vickie
651 Donna Drive
Martinez, CA 94553


McCrary, Lola
401 Forest Run
Hercules, CA 94547


McGary, Jill
1611 Lindendale Ave
Fullerton, CA 92831

Mejia, Rosa
P.O. Box 3082
Daly City, CA 94015


Merchant, Pritilata
316 Lexington Ave
San Leandro, CA 94577


Miller, Thomas
1109 Echo Hills Court
Fairfield, CA 94533


Miramontes, Arturo
510 Haight Ave
Alameda, CA 94501


Miyashiro, Ryan
268 Cheswick Ct
Alameda, CA 94502


MODERN EXPRESS COURIER
Marble Bridge Funding Group,Inc.
P. O. BOX 8195
Walnut Creek, CA 94596


Moore, Dawn
5225 McBryde Ave. #1
Richmond, CA 94805


Mosier, Stephan
5834 Gloria Way
Livermore, CA 94550

Muck, Fydra
20935 Locust Street
Hayward, CA 94541


NEC FINANCIAL SERVICES, LLC
1 PARK 80 PLAZA WEST
SADDLE BROOK, NJ 07663


NELSON
P.O. BOX 49195
SAN JOSE, CA 95161-9195


Nelson, Randal
16893 SW Romeo Terrace
King City, OR 97224


NEUSTAR, INC
BANK OF AMERICA
P.O. BOX 277833
ATLANTA, GA 30384-7833


Nevarez, Luz
1421 39th Ave.
Oakland, CA 94601


NORCO DELIVERY SERV  UMDS
P. O. BOX 61002
ANAHEIM, CA 92803


Nugent, Pamela
8400 E.Saddlehorn Trail
Prescott Valley, AZ 86315

Obis, Elena
14894 Oleander St.
San Leandro, CA 94578


Ochoa, Julie
6218 Outlook Avenue #A
Oakland, CA 94605


OFFICE & PROFESSIONAL
EMPLOYEES TRUST FUNDS
P. O. BOX 55366
HAYWARD, CA 94545


Oliver, Deanna
3209 Muir Ct.
Antioch, CA 94509


OPERATING ENGINEERS PTF
1390 TIMBERLAKE MANOR PKWY
SUITE 230
CHESTERFIELD, MO 63017


Operating Engineers, LLC
c/o McMorgan & Company LLC
One Front Street, Suite 500
San Francisco, CA 94111


OREGON DEPARTMENT OF REVENUE
ATTN: BECKY HAMBERT
REVENUE AGENT BUS WH PAYROLL
P.O. BOX 14725
SALEM, OR 97309-5018


Ouyang, Jack
425 Bowdoin Street
San Francisco, CA 94134

Pacheco, Marta
346 Hacienda Avenue
San Lorenzo, CA 94580


Padama, Sonette
4842 Mendota St.
Union City, CA 94587


Panasonic Finance
P. O. BOX 51657
LOS ANGELES, CA 90051-5957


Panganiban, Christopher
2775 Woodmont Dr.
Fairfield, CA 94533


PC FILE CREATION


PEARCE LAW FIRM
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016-0000


Peisl, Natalie
1415 Broadway #314
Alameda, CA 94501


Perez Jr, Constantino
1116 Ridgewood Dr.
Millbrae, CA 94030

Peters, David
2210 San Jose Avenue, Atp #f
Alameda, CA 94501


Pham, Tuyet Lieu
152 Oakes Blvd.
San Leandro, CA 94577


Pina-Lopez, Nahir
2820 Petar Place
Antioch, CA 94509


PITNEY BOWES GLOBAL FIN SERVICES LLC
4720 SALISBURY ROAD
JACKSONVILLE, FL 32256


PITNEY BOWES GLOBAL FINANCIAL SERVICES L
27 WATERVIEW DRIVE
SHELTON, CT 06484


PITNEY BOWES PRESORT SERVICES
 CUSTOMER #164/#179
P.O. BOX 809369
CHICAGO, IL 60680-9369


Plock, Stewart
2915 Eccleston Ave
Walnut Creek, CA 94597


Portobanco, Martha
3700 Lyon Rd. #93
Fairfield, CA 94534

PROGRESSIVE BUSINESS PUBLICATIONS
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN, PA 19355


Protopappas, Cleo
35 Heritage
Oakland, CA 94605


PURCHASE POWER  8000-9090-0690-2154
P.O. BOX 371874
ACCT# 8000-9090-0690-2154
PITTSBURGH, PA 15250-7874


Quach, Elaine
1102 Santa Clara Ave.
Alameda, CA 94501


QUALITY TECHNOLOGY SERVICES-TBT
SANTA CLARA II, LLC
P O BOX 74483
CLEVELAND, OHIO 44194-4483


Querimit, Marc
577 Lisbon St
Daly City, CA 94014


Quiroz, Geazul
35 Amador Village Cir, 23
Hayward, CA 94544


Ragni, Carey T
3649 Perada Drive
Walnut Creek, CA 94598

Raimondi, Catherine
3 Basinside Way
Alameda, CA 94501


Ratto, Sara
1110 Walnut Street
Martinez, CA 94553


RECALL SECURE  CUST#10054389
CUST BILL# 10054389
15311 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0100


RESOURCE MANAGEMENT
P.O. BOX 955
SAN RAMON, CA 94583


Reyes, David
1739 21st Avenue
San Francisco, CA 94122


Rich, Joanne
17024 Ragland Street
Hayward, CA 94541


Richard Stierwalt
c/o Donahue Fitzgerald LLP
1999 Harrison Street, 25th Floor
Oakland, CA 94612


Richardson, Charlene
2721 Short St. Apt A
Oakland, CA 94619

Richardson, Charlette
2721 Short St. Apt. A
Oakland, CA 94619


Richardson, Erika
14717 Fisk Ct
San Leandro, CA 94579


Robles, Arron
5038 Shapleigh Ct
Dublin, CA 94568


Rogers, Paula
1757 Dayton Avenue
San Leandro, CA 94579


Romaine, Barbara
448 Rock River Dr.
Vallejo, CA 94589


RON CRAMPTON
ASHCRAFT INVESTMENT COMPANY, INC
4401 MANCHESTER AVE, STE #206
ENCINITAS, CA 92024


Ruiz, Alex
7131 Fairmount
El Cerrito, CA 94530


Runyan, Fred
81 Presidio Drive
Novato, CA 94949

Russ, Quieter
1636 89th Ave.
Oakland, CA 94621


Ryn, Eric
202 Adele Avenue
Rohnert Park, CA 94928


SAN DIEGO POLICE DEPARTMENT
ATTN: PERMITS AND LICENSING - MS 735
PO BOX 121431
SAN DIEGO, CA 92112


Sanouvong, Steven
2682 14th Avenue
Oakland, CA 94606


Sato, May
PO Box 1504
Alameda, CA 94501


Sato, Samantha
27 Benedict Court
Alameda, CA 94502


Savage, Jenna
1073 Derby Ct.
Manteca, CA 95376


Scherer, Christine
1263 135th Avenue
San Leandro, CA 94578

Scheuerman, Flor
1536 Columbus Avenue
Burlingame, CA 94010


Schumacher, Michael
24 Sunny Cove Circle
Alameda, CA 94502


SEDGWICK CLAIMS MGMT SERVICES
 ACCT# ASSOCIAT001267
36392 TREASURY CENTER
CHICAGO, IL 60694-6300


SEYFARTH SHAW ATTORNEYS
3807 COLLECTIONS CENTER DR
CHICAGO, IL 60693


SFERS Real Estate K L.P.
c/o RREEF Asset Manager
150 South Wacker Drive Suite 2800
Chicago, IL 60606


Sheehan, Sarah
20954 Cato Ct
Castro Valley, CA 94546


Shen, Evelyn
336 Portland Ave, #2
Oakland, CA 94606


SHI INTERNATIONAL COPR
P. O. BOX 952121
DALLAS, TX 75395-2121

SHORENSTEIN HAYS NEDERLANDER THEATRES LL
1182 MARKET STREET, SUITE 200
SAN FRANCISCO, CA 94102


Shorenstein Hays-Nederlander
Theaters LLC
1182 Market St, Suite 200
San Francisco, CA 94102


SHRED-IT  CONCORD BRANCH , INC.
5159 COMMERCIAL CIRCLE
SUITE A
CONCORD, CA 94520


SICHENZIA ROSS FRIEDMAN FERENCE
CENTERCOURT ASSET MANAGEMENT
369 LEXINGTON AVENUE - 25TH FLOOR
NEW YORK, NY 10017


Sights, Nina
1809 Fremont
Alameda, CA 94501


Smith, Nicole
201 E. 12th St., Apt #316
Oakland, CA 94606


Smith, Tammy
201 E. 12th St. #214
Oakland, CA 94606


SMS SYSTEMS MAINTENANCE
SERVICES, INC
14416 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Solis, Pacifico
53 Glenview Drive
San Francisco, CA 94131


SOMMERS & FAHRENBACH
3301 WEST BELMONT AVE
CHICAGO, IL 60618


SONITROL
 CUST# 01-1SATP01
8220 N. INTERSTATE AVE.
PORTLAND, OR 97217


SOUTH CENTER INVESTORS, LLC
CBRE BLDGID: 3302-3
PO BOX 82550
GOLETA, CA 93118-2550


SPARKLETTS  ACCT# 23970284139094
P.O. BOX 660579
DALLAS, TX 75266-0579


Sparks, Monica
140 Coloma Way
Vallejo, CA 94589


STAPLES ADVANTAGE
 customer# LA 70100947 , Dept LA
P. O. BOX 83689
CHICAGO, IL 60696-3689


Starritt, Benjamin
1110 Match Point Place
Tracy, CA 95376

Steinmetz, Andrew
780 Guerrero St.#3
San Francisco, CA 94110


STIERWALT, RICHARD
DONAHUE FITZGERALD LLP
1999 HARRISON STREET, 25TH FLOOR
OAKLAND, CA 94612


Stockton, Angela
852 Billow Dr
San Diego, CA 92114


Strehle, Vaughn
1631 Vining Drive
San Leandro, CA 94579


Summer, Theodore
3237 1/2 Encinal Ave.
Alameda, CA 94501


SUMMIT FUNDING GROUP, INC.
4680 PARKWAY DRIVE, SUITE 300
MASON, OH 45040


Susquehanna Commercial Finance
2 COUNTRY VIEW ROAD
MALVERN, PA 19355


SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 COUNTRY VIEW ROAD SUITE 300
MALVERN, PA 19355

Tan, Sophonna
1952 Finger Peak Way
Antioch, CA 94531


Taper, Kimberli
129 Byron Street
Vallejo, CA 94590


Tapia, Joel
49 St. Marks Court
Daly City, CA 94015


Tengsico, MaeRose
1500 Pine St. #15
Concord, CA 94520


Thompson-Lewis, Andrea
229 Wistar Road
Oakland, CA 94603


TIME WARNER CABLE
 ACCT 8150220010233208
P.O. BOX 11820
NEWARK, NJ 07101-8120


Trajano, Andrea
3256 Santa Clara Court
Union City, CA 94587


TRIDENT SERVICES
1260 41st AVE., SUITE K
CAPITOLA, CA 95010

Tyler, Robert
90 Justin Drive
San Francisco, CA 94112


UFCW NATIONAL PENSION FUND
EMPLOYER CONTRIBUTIONS
P. O. BOX 5002
BOSTON, MA 02206-5002


Uitz, Elayne
312 Bluefish Ct
Foster City, CA 94404


UNITED PARCEL SVC  0386SL  CONS
P. O. BOX 894820
LOS ANGELES, CA 90189-4820


UNUM LIFE INSURANCE
 POLICY# 0534557-001
P.O. BOX 406990
ATLANTA, GA 30384-6990


Vane II, David
1515 Encinal Ave.#c
Alameda, CA 94501


Varian, Ligaya
325 Brighton St.
Hercules, CA 94547


Vaughn, Turia
228 Wellington Avenue
Clyde, CA 94520

Vega, Esmeralda
1798 Via Capri
Chula Vista, CA 91913


Velasquez, Maria
6253 Dougherty Rd., #1302
Dublin, CA 94568


VERTICAL ERGONOMICS
476 RIDGECREST CIRCLE
LIVERMORE, CA 94551


Villalba, Clarice
104 Fuschia Court
Martinez, CA 94553


Villaluna Jr, Victor
1618 Shafter Ave
San Francisco, CA 94124


Vinella-Brusher, Susan
6151 Chelton Drive
Oakland, CA 94611


Vuong, Nancy
768 Hacienda Ave.
San Lorenzo, CA 94580


Wadley, Vanessa
121 Leonard St.
Vallejo, CA 94589

Walter, Joseph
21100 Gary Drive #206
Hayward, CA 94546


Washington, Lawrence
2045 Santa Clara Ave., Apt. G
Alameda, CA 94501


Wei, Randall
1241 College Ave.
Alameda, CA 94501


WESTERN EQUIPMENT FINANCE, INC.
P.O. BOX 640
DEVILS LAKE, ND 58301


Western Finance
503 HWY 2 W
DEVILS LAKE, ND 58301-0640


Western States Pension
c/o BeneSys, Inc.
1220 SW Morrison Street, Suite 300
Portland, OR 97205-2222


Westport Capital Parners
c/o Joel A. Parker  SW&W
1211 SW 5th Ave., Suite 1900
Portland, OR 97204


Whaley, Sharon
909 Putnam Street
Antioch, CA 94509

White, Tony
1311 Webster Street #e216
Alameda, CA 94501


Williams, Gerald
2164 108th Ave
Oakland, CA 94603


Williams, Shayona
215 West Mac Arthur Blvd., Apt #314
Oakland, CA 94611


Wilson, Aaron
PO Box 594
Inverness, CA 94937


Wong, Jason
768 Hacienda Ave.
San Lorenzo, CA 94580


XEROX CORPORATION
1301 RIDGEVIEW, BLDG 300
LEWISVILLE, TX 75057


XEROX CORPORATION
P. O. BOX 7405
PASADENA, CA 91109-7405


Yakkala, Sudheer
4212 Lorren Drive, Apt-126
Fremont, CA 94536

Yamasaki, Karen
2523 Eagle Ave
Alameda, CA 94501


ZEE MEDICAL  #440055-FAIR OAKS
 ACCT# 440055
P. O. BOX 22
FAIR OAKS, CA 95628


ZEROCHAOS
420 SOUTH ORANGE AVENUE
SUITE 600
ORLANDO, FL 32801


Zuniga, Melba
1688 Lanier Ave.
San Leandro, CA 94579


Zuniga, Victor
1688 Lanier Avenue
San Leandro, CA 94579

## CERTIFICATE OF ASSOCIATED THIRD PARTY ADMINISTRATORS, INC. A CALIFORNIA CORPORATION AUTHORIZING THE FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Henry Ritter, hereby certify as follows:

1.     I am the Chief Executive Officer of Associated Third Party Administrators, Inc., a California corporation (the "Company").

2.     Pursuant to Section 307of the California Corporations Code, the following resolutions were duly enacted unanimously by the Board of Directors, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Henry Ritter is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> FURTHER RESOLVED, that Henry Ritter and Charles Dargan II (the "Designated Officers") are hereby authorized and directed on behalf of, and in the name of the Company, to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that the Designated Officers are hereby authorized and directed on behalf of, and in the name of the Company, to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officers deem necessary and proper in connection with the Company's bankruptcy case without further approval of the Board; and

> FURTHER RESOLVED that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill

L.L.P. as bankruptcy counsel for the Company for purposes
of, among other things, representing the Company in its
Chapter 11 case.

Dated:  October 13, 2016

ASSOCIATED THIRD PARTY
ADMINISTRATORS

By: _____
     HENRY RITTER
     CHIEF EXECUTIVE OFFICER

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>**Ron Bender**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**143364**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>   **Associated Third Party Administrators**<br><br><div align="right">Debtor(s).</div> | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: OCTOBER 17, 2016 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other *(specify):* _____ | Date Filed: |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

OCTOBER 17, 2017
_____
Date:

_____
Signature (handwritten) of authorized signatory of Filing Party

**Henry Ritter**
Printed name of authorized signatory of Filing Party

**Chief Executive Officer**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

OCTOBER 17, 2017
_____
Date:

_____
Signature (handwritten) of attorney for Filing Party

**Ron Bender 143364**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| **Ron Bender** | CHAPTER: **11** |
| **Levene, Neale, Bender, Yoo & Brill LLP** | ADVERSARY NO.: |
| **10250 Constellation Blvd.** | (if applicable) |
| **Suite 1700** | |
| **Los Angeles, CA 90067** | |
| **(310) 229-1234** | |
| **143364** | |
| | |
| *Attorney for:* Debtor | |

| In re: | **ELECTRONIC FILING DECLARATION** |
|---|---|
| **Associated Third Party Administrators** | **(CORPORATION/PARTNERSHIP)** |
| Debtor(s). | **[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists      Date Filed: **October 17, 2016**
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other *(specify):* _____      Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**October 17, 2016**
_____
Date:

Signature (handwritten)of authorized signatory of Filing Party

**Henry Ritter**
_____
Printed name of authorized signatory of Filing Party

**Chief Executive Officer**
_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the *Filed Document* for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**October 17, 2016**
_____
Date:

Signature (handwritten) of attorney for Filing Party

**Ron Bender 143364**
_____
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015           **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**