RICHARD K. DIAMOND (State Bar No. 070634)
*RKDTrustee@dgdk.com*
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 201-2482
Facsimile:   (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:16-bk-23679-SK |
| ASSOCIATED THIRD PARTY ADMINISTRATORS, | Jointly administered with: Case No. 2:16-bk-23682-SK |
| Debtor and Debtor in Possession. | Chapter 7 |
| In re | **NOTICE OF TRUSTEE'S PROPOSED SALE OR ABANDONMENT OF PROPERTY (11 U.S.C. SECTIONS 363 AND 554)** |
| ALLIED FUND ADMINISTRATORS, LLC, | |
| Debtor and Debtor in Possession. | Date:   March 31, 2017 Time:   11:00 a.m. Place:   1900 Avenue of the Stars, 11th Floor Los Angeles, CA 90067 |
| ☐   Affects Both Debtors | |
| ☒   Affects Associated Third Party Administrators Only | |
| ☐   Affects Allied Fund Administrators, LLC Only | |

**TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that unless an objection is made and a hearing timely requested by a party in interest in the manner set forth below, the Trustee, Richard K. Diamond, will offer for sale, <u>subject to all liens, exemptions, defenses, interests, and secured claims, without warranty or recourse, "as-is", "where-is"</u>, at the above-indicated time, date and place, all of the Trustee's right,

1   title, and interest in the following property of the estate (the "Asset"):  2009 Chevrolet Van-VIN

2   #1GCFG15X191182574.  The Debtor has scheduled the value at $9686.00.

3        The Asset is located in Alameda, CA.  There are no test drives.  The keys will be delivered

4   upon receipt of good funds.

5        Pursuant to LBR 6004-1(d)(2)(B), the Trustee certifies that he has received no offers.   The

6   Trustee does not believe that a sale of the Asset will trigger tax consequences for the debtor's estate

7   but has not consulted with a tax professional on this subject due to the fact that no bid has been

8   received to date.

9        The terms of the sale are **ALL CASH** and "**AS-IS**."

10       The Trustee reserves the right to reject bids that, in his opinion, are insufficient or do not

11  conform to the terms of the sale, and without further notice, except as orally announced at said sale

12  or continuance thereof, continue the sale from time to time and place to place, and conclude a

13  private sale.

14       If no acceptable bid is received, the Trustee may abandon the Asset without further notice.

15  In the event the Trustee elects to abandon the Asset, he will file a pleading to that effect with the

16  Clerk of the Court, served solely upon the debtor, debtor's counsel and the United States Trustee.

17       Objections to the above proposed property disposition hereto and requests for a hearing

18  before the above-captioned Bankruptcy Court, if any, shall be in writing and filed with the Clerk of

19  the Bankruptcy Court and served upon the Trustee at the address indicated in the upper left-hand

20  corner of the first page of this notice and upon the Office of the United States Trustee, 915 Wilshire

21  Boulevard, Suite 1850, Los Angeles, California 90017, within seventeen (17) days after the date of

22  mailing of this notice, unless otherwise ordered by the Court.  If no written objection and request

23  for hearing is timely filed and served, the Trustee may take the proposed action on the date

24  specified herein in his sole discretion.  Any objections not timely filed and properly served will be

25  deemed waived.

26  / / /

27  / / /

28  / / /

1397699.1  1623679                                2

1      To the extent that a request or application is required by law or the Rules applicable hereto,

2   this Notice shall constitute such a request or application.

3

4   DATED:  March____, 2017

5

6

7                                           RICHARD K. DIAMOND
                                            Chapter 7 Trustee
8

9   **DATE OF MAILING:  March 3, 2017**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1397699.1  1623679                                  3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF TRUSTEE'S PROPOSED SALE OR ABANDONMENT OF PROPERTY (11 U.S.C. SECTIONS 363 AND 554)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 3, 2017</u>I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On <u>March 3, 2017</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state** method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>March 3, 2017</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA PERSONAL DELIVERY BY ALSSI TO BE DELIVERED BY MARCH 6, 2017:</u>**
The Honorable Sandra R. Klein
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1582
Los Angeles, CA 90012

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 3, 2017 | Vivian Servin | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

### Associated Third Party Administrators

- **Todd M Arnold**    tma@lnbyb.com
- **Catherine Arostegui**    carostegui@beesontayer.com, akenney@beesontayer.com
- **Ron Bender**    rb@lnbyb.com
- **Stuart E Bernsen**    bernsen.stuart@pbgc.gov, efile@pbgc.gov
- **Lynn Brown**    notices@becket-lee.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Ronald Dean**    rdean@74erisa.com, rdean@igc.org
- **Richard K Diamond (TR)**    RKDTrustee@dgdk.com,
  rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
- **Jonathan R Doolittle**    jdoolittle@reedsmith.com, rpelusi@reedsmith.com;bankruptcy-
  2628@ecf.pacerpro.com;ashively@reedsmith.com;dkelley@reedsmith.com;bobmiller@ki
  lmerlaw.com;cbroock@kilmerlaw.com;llhomedieu@kilmerlaw.com
- **Jamie P Dreher**    jdreher@downeybrand.com,
  mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com,
  gloria.moonesinghe@morganlewis.com
- **Kerry K Fennelly**    kfennelly@donaldsonandcornwell.com,
  fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@don
  aldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldso
  nandcornwell.com
- **Edward M Fox**    emfox@seyfarth.com
- **Luis A Garcia**    garcia.luis.a@dol.gov
- **Michael I Gottfried**    mgottfried@lgbfirm.com,
  kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm
  .com;mmocciaro@lgbfirm.com
- **Brian T Harvey**    bharvey@buchalter.com,
  IFS_filing@buchalter.com;dbodkin@buchalter.com
- **Mickee Hennessy**    mhennessy@westermanllp.com
- **Jacqueline L James**    jlj@lnbyb.com
- **Gary M Kaplan**    gkaplan@fbm.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Dare Law**    dare.law@usdoj.gov
- **Allison R Lemeshewsky**    arlemesh@sbcglobal.net,
  ldtorres@sbcglobal.net;mwccoast@aol.com
- **Leib M Lerner**    leib.lerner@alston.com, autodockettest-lax@alston.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net,
  tmainguy@unioncounsel.net
- **Thor D McLaughlin**    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Robert B Miller**
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- **Melissa T Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **George R Pitts**    gpitts@sandsanderson.com, tkearns@sandsanderson.com
- **Kelly L Pope**    kpope@downeybrand.com,
  mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **Kurt Ramlo**    kr@lnbyb.com, kr@ecf.inforuptcy.com
- **Russell H Rapoport**    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- **Emily P Rich**    erich@unioncounsel.net,
  bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com
- **Lovee D Sarenas**    lovee.sarenas@lewisbrisbois.com
- **Kenneth D Schnur**    kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Michele R Stafford**   mstafford@sjlawcorp.com, collections@sjlawcorp.com
- **Nicholas Starkman**   nstarkman@wkclegal.com, syoung@wkclegal.com
- **Nicola G Suglia**   nsuglia@fleischerlaw.com
- **David A Tilem**   davidtilem@tilemlaw.com,
  DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;SylviaTilemLaw@gmail.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Aaron E de Leest**   aed@dgdk.com,
  DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

## 2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Associated Third Party Administrators<br>222 N. Sepulveda Blvd.<br>#2000<br>El Segundo, CA 90245-5614 | Allied Fund Administrators LLC<br>222 N. Sepulveda Blvd.<br>#2000<br>El Segundo, CA 90245-5614 | Ad Hoc Employee Health and Pension, Trust an<br>c/o Leib M. Lerner<br>Alston & Bird LLP<br>333 South Hope Street, Sixteenth Floor<br>Los Angeles, CA 90071-1410 |
| American Express Travel Related Services Com<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Automotive Industries Welfare Fund<br>c/o Saltzman & Johnson Law Corporation<br>44 Montgomery St., Suite 2110<br>San Francisco, CA 94104-4708 | Basys, Inc.<br>Law Offices of David A. Tilem<br>206 N. Jackson St., #201<br>Glendale, CA 91206-4330 |
| CAMOFI Master LDC and CAMHZN Master LDC<br>c/o Centrecourt Asset Management LLC<br>350 Madison Avenue<br>New York, NY 10017-3700 | Canon Financial Services Inc.<br><br>undeliverable | East Bay Funds<br><br>undeliverable |
| IBM Corporation<br>Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada | Med-Tech Health Solutions, LLC<br><br>undeliverable | New House Administrators, LLC<br><br>undeliverable |
| OPEIU Local 3/Local 29<br>OPEIU Local 3/Local 29<br>c/o Catherine E. Arostegui<br>Beeson, Tayer & /Bodine<br>520 Capitol Mall, Suite 300<br>Sacramento, CA 95814-4714 | Operating Engineers Local 501 Security Fund<br>c/o Cornwell & Baldwin<br>1017 East Grand Avenue<br>Escondido, CA 92025-4604 | Oracle America, Inc.<br>Buchalter Nemer<br>Shawn M. Christianson<br>55 2nd St., 17th Floor<br>San Francisco, Ca 94105-3493 |
| PTF for Operating Engineers, LLC<br>c/o Ivan M. Gold<br>Allen Matkins LLP<br>Three Embarcadero Center<br>12th Floor<br>San Francisco, CA 94111-4037 | Pension Benefit Guaranty Corporation<br><br>undeliverable | Shred-It USA<br>c/o Westerman Ball Ederer Miller<br>Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, NY 11556-4201 |
| Southern California Local 831 Employer Pensi<br>Richard W. Esterkin<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave., Suite 2200<br>Los Angeles, CA 90071-3132 | Trustees of the Operating Engineers Trust Fu<br>Farella Braun Martel LLP<br>Attn: Gary M. Kaplan<br>235 Montgomery Street, 17th Fl<br>San Francisco, CA 94104-3104 | Western Conference of Teamsters Pension Trus<br><br>undeliverable |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-3.1.PROOF.SERVICE**

Western States Office and Professional Emplo
Jonathan R. Doolittle
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AABCO PRINTING
1300 GALAXY WAY #20
CONCORD, CA 94520-4964

ACC BUSINESS
ACCT# 00001162115
P.O BOX 105306
ATLANTA, GA 30348-5306

ACCO BRANDS
P. O. BOX 203412
DALLAS, TX 75320-3412

ACCOUNTEMPS
CUST#0034-000100000
P.O. BOX 743295
LOS ANAGELES, CA 90074-3295

ACCOUNTEMPS
Robert Half / Attn: Karen Lima
PO Box 5024
San Ramon, CA 94583-5024

ACCOUNTING PRINCIPALS, INC
customer# API0000191
Dept CH 14031
PALATINE, IL 60055-0001

ALEXANDER PROPERTIES COMPANY
P. O. BOX 640
SAN RAMON, CA 94583-0640

ANTIQUE COFFEE & VENDING SERVICE,
INC.
975 CRISS CIRCLE
ELK GROVE VILLAGE, IL 60007-1201

ARAMARK UNIF SERV #792114697
AUS West Lockbox
P. O. BOX 101179
pasadena, CA 91189-0005

ARAMARK Uniform and Career Apparel, LLC
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

ASCENTIUM CAPITAL LLC
23970 HWY. 59 NORTH
KINGWOOD, TX 77339-1535

ATPA DEFINED BENEFIT PLAN
C/O PENSION BENEFIT GUARANTY
CORPORATIO
1200 K STREET, N.W.
WASHINGTON, DC 20005-4025

ATPA Defined Benefit Plan
c/o Pension Benefit Guaranty Corp.
Restructuring Dept.
1200 K St. N.W.
Washington, DC 20005

AUTOMOTIVE INDUSTRIES WELFARE
P.O BOX 55516
HAYWARD, CA 94545-0516

Accounting Principals
c/o Steven Rebidas
10151 Deerwood Park Blvd.
Jacksonville, FL 32256-0566

Albelda, Marinette
2465 Shoreline Dr. #120
Alameda, CA 94501-6216

Alfaro, Aleyda
639 Doolittle Way
Antioch, CA 94509-6538

Allen, Lucas
544 Central Ave, Apt 324
Alameda, CA 94501-3752

Altin, Neslim
213 Stratus Common
Livermore, CA 94550-2537

American Express
Travel Related Services Company, Inc.
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Anderson, Joan
3170 Hillview Ct.
Concord, CA 94519-2109

Anderson, Kimberly
10 Bramante Ct.
Oakley, CA 94561-1790

Arlene J Gamino
748 Lincoln Avenue Apt. 17
Alameda, CA 94501-3328

Ascentium Capital
23970 HWY 59N
KINGSWOOD, TX 77339-1535

Atwood, Felicia
2163 Clinton Av. Apt C
Alameda, CA 94501-4939

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Automotive Industries Individual Account
Retirement Plan
Alston and Bird LLP
C/O Leib M Lerner
333 S. Hope St 16Fl
Los Angeles, CA 90071-1410

Automotive Industries Pension Plan
Alston and Bird LLP
C/O Leib M Lerner
333 S. Hope St 16Fl
Los Angeles, CA 90071-1410

Automotive Industries Welfare Fund
Alston and Bird LLP
C/O Leib M Lerner
333 S Hope St 16th Fl
Los Angeles, CA 90071-1410


BANK OF THE WEST
P.O. BOX 7167
PASADENA, CA 91109-7167

BANK OF THE WEST, TRINITY DIVISION
475 SANSOME ST, 19TH FLOOR
SAN FRANCISCO, CA 94111-3112

BASYS
3700 KOPPERS STREET,
SUITE 400
BALTIMORE, MD 21227-1019


BELL & HOWELL COMPANY
Attn: ACCT# 49264-01
P. O. BOX 91651
CHICAGO, IL 60693-1651

BMC SOFTWARE
P. O. BOX 301165
HOUSTON, TX 77230-1165

BOMAR MAIL SERVICE
P.O. BOX 3212
HAYWARD, CA 94540-3212


Bailey, Jill
1475 Via Escondido
San Lorenzo, CA 94580-2015

Baker, Herbert
5491 Mantua Court
San Diego, CA 92124-1905

Baligaya, Antonette
2029 Otis Dr. Unit G
Alameda, CA 94501-5659


Bank of the West
475 Sansome Street 19th Floor
San Francisco CA 94111-3172

Banks, Mary
2630 Central Ave #B
Alameda, CA 94501-4614

Banks-Moore, Geanna
2946 International Blvd., Apt. 307
Oakland, CA 94601-2287


Bardwell, Tominique
225 W. Eaton Ave, APT A
Tracy, CA 95376-3561

Barrera, Grizel
2258 S. Homan
Chicago, IL 60623-3242

Becker, Christopher
3103 Claudia dr.
Concord, CA 94519-2130


Beeman, Bridget
1818 Tobi Court
Concord, CA 94521-1419

Bennett, Jacquiline
1315 Dorothy Avenue
San Leandro, CA 94578-3519

Borja, Chriseli
22730 Bayview Avenue
Hayward, CA 94541-3308


Boyle, William
8807 Cellar Way
Windsor, CA 95492-6693

Bragg, Mary
411 2nd Street
Coronado, CA 92118-1107

Brenes, Matthew
1060 Burnham Dr
Pittsburg, CA 94565-3783


Brooks, Kirsten
250 Elm Street, #19
San Mateo, CA 94401-2633

Bubb, Diana
601 Tulare Drive
Vacaville, CA 95687-6201

Bunnell, Robert
22 Butterfly Lane
Kentfield, CA 94904-1408


This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

CAMHZN MASTER LDC
C/O CENTRECOURT ASSET
MANAGEMENT LLC
350 MADISON AVE., 8TH FLOOR
NEW YORK, NY 10017-3723

CAMOFI Master LDC/ CAMHZN Mater LDC
Downey Brand LLP, William Warne
621 Capital Mall 18th Flr
Sacramento, CA 95814-4731

CANON FINANCIAL  590841
14904 COLLECTIONS
CENTER DRIVE
CHICAGO, IL 60693-0149

CANON FINANCIAL SERVICES
158 GAITHER DRIVE, #200
MT LAUREL, NJ 08054-1716

CANON SOLUTIONS  FILE 51075
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0150

CAREERBUILDER, LLC
13047 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0130

CARTER, JOHN
P.O. Box 707
Plainfield, IL 60544-0707

CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

CHANGE HEALTHCARE BUSINESS
FULFILLMENT,
CUST NO: ABF-3256
P.O. BOX 572490
MURRAY, UT 84157-2490

CINTAS CORPORATION
P. O. BOX 631025
CINCINNATI, OH 45263-1025

CISCO SYSTEMS CAPITAL CORP
P.O. BOX 742927
LOS ANGELES, CA 90074-2927

CISCO SYSTEMS CAPITAL CORPORATION
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

CISCO SYSTEMS CAPITAL CORPORATION
170 W. TASMAN DRIVE, MS SJ13-3
SAN JOSE, CA. 95134-1700

CIT FINANCE LLC
10201 CENTURION PARKWAY NORTH
JACKSONVILLE, FL 32256-4114

CIT FINANCE LLC
P. O. BOX 100706
PASADENA, CA 91189-0706

CIT Finance LLC
c/o Weltman, Weinberg & Reis Co.,L.P.A.
3705 Marlane Drive
Grove City, OH 43123-8895

COACTIV CAPITAL PARTNERS, INC.
655 BUSINESS CENTER DRIVE SUITE 250
HORSHAM, PA 19044-3448

COAST TO COAST
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063-2940

COMCAST
ACCT#8778 10 309 1198072
PO BOX 34227
SEATTLE, WA 98124-1227

COMED  #6986053049
Attn: ACCT# 0106-22-4194-E
BILL PAYMENT CENTER
CHICAGO, IL 60602

COMMUTER CHECK SERVICES
CUST #015871
320 NEVADA STREET, 4TH FL.
NEWTON, MA 02460-1435

COMPUTER TRANSITION SVCS INC
3223 S. LOOP 289 STE 556
LUBBOCK, TX 79423-1370

COSTCO WHOLESALE  7003-7300-0001-
0656
RETAIL SERVICES
P. O. BOX 5219
CAROL STREAM, IL 60197-5219

CRAIGSLIST
P.O. BOX 225159
SAN FRANCISCO, CA 94122-5159

California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280-0001

California Service Employees Health & Welfar
Alston and Bird LLP
C/O Leib M Lerner
333 S Hope St 16th Fl
Los Angeles, CA 90071-1410

Campbell-Romero, Tuailani
39997 Cedar Blvd. Unit 353
Newark, CA 94560-5339

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Castillo, Narby
2851 MAC ARTHUR BLVD
Oakland, CA 94602-3229

Castro, Evelyn
1009 Sanderling Drive
Hercules, CA 94547-2741

Centrecourt Asset Management
Attn Richard Smithline
11 East 44th St Suite 1600
New York, NY 10017-0051

Centrecourt Asset Management
Charles B. Thomas, Esq.,
2300 Wilson Blvd 7th Flr
Arlington, VA 22201-5424

Chaidez, Elisve
2116 N. Lamon
Chicago, IL 60639-3225

Chan, Kenneth
3289 Adams Street
Alameda, CA 94501-5554

Cheli, Vicki
18977 Patton Drive
Castro Valley, CA 94546-3134

Chess, Christine
1033 Central Ave.#A
Alameda, CA 94501-7429

Chesser, Cindy
P.O. Box 2201
Dublin, CA 94568-0732

Christian, Ishita
232 Lexington Ave
San Leandro, CA 94577-1627

Cisco Systems Capital Corporation
c/o Lawrence Schwab/Thomas Gaa
Bialson, Bergen & Schwab
633 Menlo Ave., Suite 100
Menlo Park, CA 94025-4711

Clearwater Compliance, LLC
c/o Kathy Ebbert
242 W. Main Street
PMB 316
Hendersville, TN 37075-3318

Clement, Kristina
2104 Westmeath Way
Rocklin, CA 95765-4548

Co-Activ Capital Partners
P. O. BOX 51657
LOS ANGELES, CA 90051-5957

Colman, Melanie
2709 Central Ave.#A
Alameda, CA 94501-4758

Colombo, Kassandra
1638 Sagewood Ave.
San Leandro, CA 94579-1332

Colombo, Michael
17325 Via Alamitos
San Lorenzo, CA 94580-3503

Contra Costa Commercial, LLC

undeliverable

Crampton Family Trust
c/o Ronald Crampton
8590 Sunrise Lane
La Mesa, CA 91941-5532

Cueva, Marilyn
670 Palm Avenue
Martinez, CA 94553-3430

Cusumano, Marsha
18210 Exeter Ct.
Lathrop, CA 95330-8573

DATA-LINK ASSOCIATES, INC
202 TERMINAL DRIVE
SUITE 3
PLAINVIEW, NY 11803-2318

DE LAGE LANDEN
FINANCIAL SERVICES, INC
PO BOX 41602
PHILADELPHIA, PA 19101-1602

DE LAGE LANDEN FINANCIAL SERVICES,
INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577
preferred

DELL FINANCIAL SERVICES L.L.C.
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK, TX 78682-7000

DEPT OF CONSUMER & BUSINESS
SERVICES
FISCAL SERVICES SECTION
PO BOX 14610
SALEM, OR 97309-0445

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

DISTRICT COUNCIL NO. 16
ATTN: ACCOUNTING
2705 CONSTITUTION DRIVE
LIVERMORE, CA 94551-9206

DOCUSTREAM, INC.
14860 WICKS BLVD
SAN LEANDRO, CA 94577-6606

Daniel, Mark
1937 Seasons Way
Pittsburg, CA 94565-1786

Dantono, Kara
1901 Cameron Court
Concord, CA 94518-3203

David Vane II
1515 Encinal Av Apt. C
Alameda, CA 94501-4061

Day, Jody
304 Preda Street
San Leandro, CA 94577-1445

De Lage Landen Financial
FINANCIAL SERVICES, INC
PHILADELPHIA, PA 19101-1602

Del Cid, Nancy
4736 W. Shakespeare
Chicago, IL 60639-3320

Del Pozo, Kathleen
1901 Cameron Court
Concord, CA 94518-3203

Dell Financial Services
PAYMENT PROCESSING CENTER
CAROL STREAM, IL 60197-6547

Dell Financial Services L.L.C.
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704-1166

Devereaux, June
709 Oakes Blvd
San Leandro, CA 94577-3037

Dimaano, Rosemarie
15394 Farnsworth Street
San Leandro, CA 94579-2014

District Council 16  Confirm
501 Shatto Place, Suite 400
Los Angeles, CA 90020-1757

Donleavy, Catherine
8371 Kent Drive
El Cerrito, CA 94530-2585

Dorff, Sarah
1042 Minerva Street
San Leandro, CA 94577-1435

EFAX CORPORATE
C/O J2 GLOBAL, INC
PO BOX 51873
LOS ANGELES, CA 90051-6173

ELEMENT FINANCIAL CORP.  USA
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044-3409

ELEMENT/COACTIV  FINANCIAL  USA
P. O. BOX 51657
LOS ANGELES, CA 90051-5957

EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 826880
SACRAMENTO, CA 94280-0001

EMPLOYMENT SECURITY DIVISION
CONTRIBUTIONS SECTION
500 E. THIRD STREET
CARSON CITY, NV 89713-0030

ENGINEERS PUBLISHING
ATTN: CAMERON HOPSON
1620 S. LOOP RD
ALAMEDA, CA 94502-7085

ERVIN LEASING COMPANY
3893 RESEARCH PARK DRIVE
ANN ARBOR, MI 48108-2217

ERVIN/UNIFI EQUIPMENT FINANCE
P.O. BOX 7365
ANN ARBOR, MI 48107-7365

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD., 2ND FLOOR
PARSIPPANY, NJ 07054-7607

EXECUTIVE OFFICE CENTER AT
FRESH MEADOWS
61-43 186 STREET
FRESH MEADOWS, NY 11365-2710

Edlund, Veronica
1954 Dayton Ave
San Leandro, CA 94579-1551

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Ehlert, Michael
23931 Pinnacles Court
Hayward, CA 94541-4419

Emanuel-Patton, Genevieve
1242 Peralta Road
Pacifica, CA 94044-3458

Enos, Karen
1840 Burkhart Ave.
San Leandro, CA 94579-1969

Eric Ryan
202 Adele Ave
Rohnert Park CA 94928-3107

Ervin Leasing
P.O. BOX 7365
ANN ARBOR, MI 48107-7365

Escobar, Michelle
1599 Purdue St.
San Leandro, CA 94579-1260

Everbank Commerical Finance
10 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054-1286

FAIR HEALTH INC
PO BOX 3820
NEW YORK, NY 10163-3820

FIRST CHOICE BAY AREA  SAN LEANDRO
2423 VERNA COURT
SAN LEANDRO, CA 94577-4222

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fair Health
530 Fifth Ave. 18floor
New York NY 10036-5109

Fernandez, Maria
1061 Burnham Dr
Pittsburg, CA 94565-3784

Fesehaye, Robel
1531 Chestnut St., Apt. G
ALAMEDA, CA 94501-2759

Figueroa, Jessica
1631 Estudillo Street, Apt #3
Martinez, CA 94553-2458

Flaherty, Joseph
1266 Lakehurst Rd.
Livermore, CA 94551-1852

Fleming, Melissa
903 El Camino Avenue
Vacaville, CA 95688-5338

Floyd, Jim
648 Garden Park Drive
Roseville, CA 95678-5995

Fox, Nancy
603 Aleta Place
Pleasant Hill, CA 94523-1705

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Fu, Shao Hwei
34950 Silverlock Ct.
Fremont, CA 94555-3100

Fuller, Cassandra
3056 Florida St, Apt C
Oakland, CA 94602-3348

GALEK LAW
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CA 94111-5235

Galvan, Norma
325 Rosemarie Pl
Bay Point, CA 94565-6707

Gamino, Arlene
P.O. Box 99347
Emeryville, CA 94662-9347

Garcia, Sandra
163 Manville Avenue
Pittsburg, CA 94565-5845

Garland, Stacy
1386 Canterbury Drive
Concord, CA 94521-2730

General Electric
P. O. BOX 31001-0275
PASADENA, CA 91110-0275

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

George R. Pitts
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101-5728

Glasky, Michael
34550 Mission Blvd
Union City, CA 94587-3614

Gloster-Epps, Pamela
14243 Outrigger Dr
San Leandro, CA 94577-6420

Goddard, Melissa
2908 Otis Drive
Alameda, CA 94501-6315

Guarducci, Julie
740 Shell Ave, #204
Martinez, CA 94553-3213

Gutierrez, Maria
2709 Central Ave. #a
Alameda, CA 94501-4758

Guzman, Ruby
2258 Placer Drive
Bay Point, CA 94565-3343

HANSON BRIDGETT LLP
425 Market Street, 26th Floor,
San Francisco, CA 94105-2532

HEALTHSIGHT, LLC
248 S. FLORISSANT RD
FERGUSON, MO 63135-2736

HEWLETT-PACKARD FIN SER CO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974-2736

HEWLETT-PACKARD FINANCIAL
SERVICES COMPA
200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922-2816

HIGHTAIL
1919 S. BASCOM AVE
SUITE 650
CAMPBELL, CA 95008-2220

HLB Realty, Corp., dba Executive
Office Center at Fresh Meadows
c/o Jack Bumner, 61-43 186th Street
Fresh Meadows, NY 11365

HOTEL EMPLOYEES AND RESTAURANT
209 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3705

HP Financial Services
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974-2736

Hadden, Cassandra
13471 Aurora Drive
San Leandro, CA 94577-4032

Hall-Mak, Marianna
34118 Bowlingreen Common
Fremont, CA 94555-2330

Harrington, Desiree
3034 Pear Street
Antioch, CA 94509-5220

Haynes, Marilyn
1701 Pecan Ln.
Oakley, CA 94561-1618

He, Yun
160 14TH ST #805
OAKLAND, CA 94612-4364

Henderson, Amanda
5337 Grasswood Circle
Concord, CA 94521-5003

Hernandez, Cesar
2003 Pacific Avenue
Alameda, CA 94501-2714

Herrera, Viviana
1140 Thalia Street
San Diego, CA 92154-1955

Hilliard, Carol
12001 Woodside Ave.#47
Lakeside, CA 92040-2934

Ho, Henon
2778 Shaner Drive
Alameda, CA 94502-7945

Hom, Melissa
1707-B Lincoln Ave.
Alameda, CA 94501-2508

Honea, Linda
785 Parkway Drive
Martinez, CA 94553-3472

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Hong, Cristina
455 Alida Way #28
South San Fran, CA 94080-4361

Hotel Employees and Restaurant
Employees Union Local 2
209 Golden Gate Ave
San Francisco, CA 94102-3705

Huergas, Jessica
1118 Broadway Street, Apt A
Alameda, CA 94501-5336

Huergas, Renee
1118 Broadway, # A
Alameda, CA 94501-5336

Huerta, Christina
20089 Sapphire St.
Castro Valley, CA 94546-4727

IBM CREDIT LLC
1 NORTH CASTLE DRIVE
ARMONK, NY 10504-1725

IBM Corp/ Marie-Josee Dube
275 Viger East
Montreal QC H2X3R7

IBM Credit LLC
P. O. BOX 676673
DALLAS, TX 75267-6673

ION CHECK CHARGES

undeliverable

IRON MOUNTAIN  BY722
P. O. BOX 601002
PASADENA,, CA 91189-1002

IRS/OHIO
P.O. BOX 145595
CINCINNATI, OH 45250-5595

ISHAQ MOHAMMED
1228 BELLINGHAM SQUARE
SAN RAMON, CA 94582-5198

ISIS PAPYRUS OF AMERICA, INC
301 BANK STREET
SOUTHLAKE, TX 76092-9123

Ilacqua, Ryan
69 Guise Way
Brentwood, CA 94513-6224

Internal Revenue Service
100 First Street Suite 2000
San Francisco, CA 94105-3181

Internal Revenue Service
300 N. Los Angeles ST.  STOP 5022
Los Angeles, CA 90012-3478

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346
preferred

International Business Machines Credit LLC
c/o Marie-Josee Dube
275 Viger East
Montreal, Quebec H2X 3R7
Canada

J Eric Atherholt
655 Business Center Drive
Horsham PA 19044-3409

JC PAPER
DEPT 34781
PO BOX 39000
SAN FRANCISCO, CA 94139-0001

Jenkins, Jennifer
831 Marvin Way
Hayward, CA 94541-5812

Jiles, Sheila
3832 Fallbrook court
Pittsburg, CA 94565-5534

Johnson, Jennifer
22686 7th St.
Hayward, CA 94541-3044

Johnson, Kimberly
3640 Hawaii Court South
Pleasanton, CA 94588-4916

Joseph A Walter
21100 Gary Drive #206
Hayward Ca 94546-6110

Jung, Alexander
302 Tralee Lane
Alameda, CA 94502-7730

KEY EQUIPMENT FINANCE INC.
1000 SOUTH MCCASLIN BLVD
SUPERIOR, CO 80027-9437

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Kenneth Chan
3289 Adams Street
Alameda CA 94501-5554

Key Equipment Finance
P.O. BOX 74713
CLEVELAND, OH 44194-0796

Kiloh, Leslie
2460 Pacheco Street
Concord, CA 94520-2020

Kim, Mauricio
1847 Yosemite Road
Berkeley, CA 94707-1604

Kruppa, Michael
358 Tulare Street
Brentwood, CA 94513-6369

Kuchenreuther, Patricia
726 Kew Gardens Dr.
Las Vegas, NV 89178-1280

LABOR UNIONS 401K PLAN
3444 CAMINO DEL RIO NORTH-SUITE100
SAN DIEGO, CA 92108-1710

LANDMARK IMAGE
4209 ROLLING HILLS LN
VACAVILLE, CA 95688-9518

LEAF CAPITAL FUNDING, LLC AND/OR
ITS ASS
2005 MARKET STREET, 15TH FLOOR
PHILADELPHIA, PA 19103-7009

LEASE ADMINISTRATION CENTER
PO BOX 63-6488
CINCINNATI, OH 45263-6488

LEVI, RAY & SHOUP, INC
ATTN: ACCOUNTS RECEIVABLE
2401 WEST MONROE
SPRINGFIELD, IL 62704-1439

LOS ANGELES COUNTY TREASURER AND
TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lambert, Kenneth
436 Topsail Drive
Vallejo, CA 94591-7754

Latif, Aiman
3308 Crestfield Dr.
San Ramon, CA 94582-5348

Latigue, Beverly
P. O. Box 11644
Oakland, CA 94611-0644

Lau, Joyce
19429 Royal Avenue
Hayward, CA 94541-3647

Law, Arleen
2512 Calhoun Street, Apt. A
Alameda, CA 94501-5309

Leaf Capital Funding
P.O BOX 742647
CINCINNATI, OH 45274-2647

Lease Admin Center  Summit Funding Group
PO BOX 63-6488
CINCINNATI, OH 45263-6488

Lenovo Financial Services
P.O. BOX 100706
PASADENA, CA 91189-0706

Lewis, Chiandra
229 Wistar Road
Oakland, CA 94603-1063

Litzenberger, Isaac
965 Boyle St.
Union City, CA 94587-3472

Lockett, Mitchell
20 Mar Vista Drive
Daly City, CA 94014-1438

Loggins, Donna
1622 102nd Avenue
Oakland, CA 94603-3226

Lopez, Sergio
36544 Olive St
Newark, CA 94560-2946

Lorenzi, Rene
2814 Trimble Ct.
Hayward, CA 94542-2428

Loyd, Mia
1449 Center Ave
Martinez, CA 94553-5309

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Luz A Nevarez
1421-39th Avenue
Oakland, CA 94601-4121

Lyons, Marian
352-A Waller Street
San Francisco, CA 94117-3524

MACKINNEY SYSTEMS, INC
4411 E. STATE HWY D
SUITE F
SPRINGFIELD, MO 65809-2907

MACQUARIE EQUIPMENT FINANCE LLC
2285 FRANKLIN RD
BLOOMFIELD HILLS, MI 48302-0364

MAILROOM PRINTING SERVICES

undeliverable

MAINLINE DISASTER RECOVERY
SERVICES, LLC
PO BOX 11407, DEPT# 1660
BIRMINGHAM, AL 35246-1660

MODERN EXPRESS COURIER
Marble Bridge Funding Group,Inc.
P. O. BOX  8195
Walnut Creek, CA 94596-8195

Ma, Wei
36312 CEDAR BLVD
NEWARK, CA 94560-2529

Machinists Retiree Investment Trust
(Michael J Day Machinists Retiree
Investment Health Plan)
Alston and Bird LLP C/O Leib M Lerner
333 S Hope St 16Fl
Los Angeles, CA 90071-1406

Macisaac, Janet Beth
1540 170th Avenue
Hayward, CA 94541-1005

Macquarie Huntington Tech Finance
P.O. BOX 2017
BLOOMFIELD HILLS, MI 48303-2017

Madayag, Thelma
545 Delong Street
Daly City, CA 94014-1006

Madrid, German
262 Stonyhill Circle
Oakley, CA 94561

Magruder, Lara
2762 Lancaster Rd.
Hayward, CA 94542-1220

Maholland, Barbara
2271 Laguna Dr.
Hayward, CA 94545-2307

Mahony, Francis
735 So. Mary Ave.
Sunnyvale, CA 94087-1603

Marlin
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604

Marta Pacheco
346 Hacienda Ave
San Lorenzo CA 94580-3130

Mc Phee, Vickie
651 Donna Drive
Martinez, CA 94553-1422

McCrary, Lola
401 Forest Run
Hercules, CA 94547-3904

McGary, Jill
1611 Lindendale Ave
Fullerton, CA 92831-1120

Mejia, Rosa
P.O. Box 3082
Daly City, CA 94015-0082

Melba Zuniga
1688 Lanier Ave
San Leandro CA 94579-1908

Merchant, Pritilata
316 Lexington Ave
San Leandro, CA 94577-1629

Michael Glasky
34550 Mission Blvd
Union City, CA 94587-3614

Michael L Kruppa
358 Tulare Street
Brentwood CA 94513-6369

Miller, Thomas
1109 Echo Hills Court
Fairfield, CA 94533-9765

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Miramontes, Arturo
510 Haight Ave
Alameda, CA 94501-3234

Miyashiro, Ryan
268 Cheswick Ct
Alameda, CA 94502-6418

Mohawk Street Properties, LLC
Melissa Batchelor
7835 SW Mohawk
Tualatin, OR 97062-9192

Moore, Dawn
5225 McBryde Ave. #1
Richmond, CA 94805-1071

Mosier, Stephan
5834 Gloria Way
Livermore, CA 94550-0809

Muck, Fydra
20935 Locust Street
Hayward, CA 94541-1521

NEC FINANCIAL SERVICES, LLC
1 PARK 80 PLAZA WEST
SADDLE BROOK, NJ 07663

NELSON
P.O. BOX 49195
SAN JOSE, CA 95161-9195

NEUSTAR, INC
BANK OF AMERICA
P.O. BOX 277833
ATLANTA, GA 30384-7833

NORCO DELIVERY SERV  UMDS
P. O. BOX 61002
ANAHEIM, CA 92803-6102

Nelson, Randal
16893 SW Romeo Terrace
King City, OR 97224-3113

Nevarez, Luz
1421 39th Ave.
Oakland, CA 94601-4121

Nugent, Pamela
8400 E. Saddlehorn Trail
Prescott Valley, AZ 86315-9104

OFFICE & PROFESSIONAL
EMPLOYEES TRUST FUNDS
P. O. BOX 55366
HAYWARD, CA 94545-0366

OPERATING ENGINEERS PTF
1390 TIMBERLAKE MANOR PKWY
SUITE 230
CHESTERFIELD, MO 63017-6041

OREGON DEPARTMENT OF REVENUE
ATTN: BECKY HAMBERT
REVENUE AGENT BUS WH PAYROLL
P.O. BOX 14725
SALEM, OR 97309-5018

Obis, Elena
14894 Oleander St.
San Leandro, CA 94578-3828

Ochoa, Julie
6218 Outlook Avenue #A
Oakland, CA 94605-1880

Oliver, Deanna
3209 Muir Ct.
Antioch, CA 94509-5239

Operating Engineers, LLC
c/o McMorgan & Company LLC
One Front Street, Suite 500
San Francisco, CA 94111-5327

Ouyang, Jack
425 Bowdoin Street
San Francisco, CA 94134-1153

PC FILE CREATION

undeliverable

PEARCE LAW FIRM
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016-2410

PITNEY BOWES GLOBAL FIN SERVICES
LLC
4720 SALISBURY ROAD
JACKSONVILLE, FL 32256-6101

PITNEY BOWES GLOBAL FINANCIAL
SERVICES L
27 WATERVIEW DRIVE
SHELTON, CT 06484-4301

PITNEY BOWES PRESORT SERVICES
CUSTOMER #164/#179
P.O. BOX 809369
CHICAGO, IL 60680-9369

PROGRESSIVE BUSINESS PUBLICATIONS
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN, PA 19355-0719

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

PURCHASE POWER  8000-9090-0690-2154
P.O. BOX 371874
ACCT# 8000-9090-0690-2154
PITTSBURGH, PA 15250-7874

Pacheco, Marta
346 Hacienda Avenue
San Lorenzo, CA 94580-3130

Padama, Sonette
4842 Mendota St.
Union City, CA 94587-5554

Panasonic Finance
P. O. BOX 51657
LOS ANGELES, CA 90051-5957

Panganiban, Christopher
2775 Woodmont Dr.
Fairfield, CA 94533-7087

Peisl, Natalie
1415 Broadway #314
Alameda, CA 94501-4609

Perez Jr, Constantino
1116 Ridgewood Dr.
Millbrae, CA 94030-1027

Peters, David
2210 San Jose Avenue, Atp #f
Alameda, CA 94501-4953

Pham, Tuyet Lieu
152 Oakes Blvd.
San Leandro, CA 94577-2827

Pina-Lopez, Nahir
2820 Petar Place
Antioch, CA 94509-4518

Plock, Stewart
2915 Eccleston Ave
Walnut Creek, CA 94597-1818

Portobanco, Martha
3700 Lyon Rd. #93
Fairfield, CA 94534-7980

Protopappas, Cleo
35 Heritage
Oakland, CA 94605-4606

QUALITY TECHNOLOGY SERVICES-TBT
SANTA CLARA II, LLC
P O BOX 74483
CLEVELAND, OHIO 44194-4483

Quach, Elaine
1102 Santa Clara Ave.
Alameda, CA 94501-2331

Querimit, Marc
577 Lisbon St
Daly City, CA 94014-2736

Quiroz, Geazul
35 Amador Village Cir, 23
Hayward, CA 94544-1267

RECALL SECURE  CUST#10054389
CUST BILL# 10054389
15311 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0100

RESOURCE MANAGEMENT
P.O. BOX 955
SAN RAMON, CA 94583-5955

RON CRAMPTON
ASHCRAFT INVESTMENT COMPANY, INC
4401 MANCHESTER AVE, STE #206
ENCINITAS, CA 92024-7904

Ragni, Carey T
3649 Perada Drive
Walnut Creek, CA 94598-2743

Raimondi, Catherine
3 Basinside Way
Alameda, CA 94502-6480

Ratto, Sara
1110 Walnut Street
Martinez, CA 94553-2742

Reyes, David
1739 21st Avenue
San Francisco, CA 94122-4415

Rich, Joanne
17024 Ragland Street
Hayward, CA 94541-1122

Richard Stierwalt
c/o Donahue Fitzgerald LLP
1999 Harrison Street, 25th Floor
Oakland, CA 94612-4705

Richardson, Charlene
2721 Short St. Apt A
Oakland, CA 94619-1068

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Richardson, Charlette
2721 Short St. Apt. A
Oakland, CA 94619-1068

Richardson, Erika
14717 Fisk Ct
San Leandro, CA 94579-1246

Robles, Arron
5038 Shapleigh Ct
Dublin, CA 94568-7205

Rogers, Paula
1757 Dayton Avenue
San Leandro, CA 94579-1546

Romaine, Barbara
448 Rock River Dr.
Vallejo, CA 94589-3608

Ruiz, Alex
7131 Fairmount
El Cerrito, CA 94530-3715

Runyan, Fred
81 Presidio Drive
Novato, CA 94949-6164

Russ, Quieter
1636 89th Ave.
Oakland, CA 94621-1018

Ryn, Eric
202 Adele Avenue
Rohnert Park, CA 94928-3107

SAN DIEGO POLICE DEPARTMENT
ATTN: PERMITS AND LICENSING - MS 735
PO BOX 121431
SAN DIEGO, CA 92112-1431

SEDGWICK CLAIMS MGMT SERVICES
ACCT# ASSOCIAT001267
36392 TREASURY CENTER
CHICAGO, IL 60694-6300

SEYFARTH SHAW ATTORNEYS
3807 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0038

SFERS Real Estate K L.P.
c/o RREEF Asset Manager
150 South Wacker Drive Suite 2800
Chicago, IL 60606-4221

SHI INTERNATIONAL COPR
P. O. BOX 952121
DALLAS, TX 75395-2121

SHORENSTEIN HAYS NEDERLANDER
THEATRES LL
1182 MARKET STREET, SUITE 200
SAN FRANCISCO, CA 94102-4916

SHRED-IT  CONCORD BRANCH , INC.
5159 COMMERCIAL CIRCLE
SUITE A
CONCORD, CA 94520-8582

SICHENZIA ROSS FRIEDMAN FERENCE
CENTERCOURT ASSET MANAGEMENT
369 LEXINGTON AVENUE - 25TH FLOOR
NEW YORK, NY 10017-6566

SMS SYSTEMS MAINTENANCE
SERVICES, INC
14416 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0144

SOMMERS & FAHRENBACH
3301 WEST BELMONT AVE
CHICAGO, IL 60618-5578

SONITROL
CUST# 01-1SATP01
8220 N. INTERSTATE AVE.
PORTLAND, OR 97217-6635

SOUTH CENTER INVESTORS, LLC
CBRE BLDGID: 3302-3
PO BOX 82550
GOLETA, CA 93118-2550

SPARKLETTS  ACCT# 23970284139094
P.O. BOX 660579
DALLAS, TX 75266-0579

STAPLES ADVANTAGE
customer# LA 70100947 , Dept LA
P. O. BOX 83689
CHICAGO, IL 60696-3689

STIERWALT, RICHARD
DONAHUE FITZGERALD LLP
1999 HARRISON STREET, 25TH FLOOR
OAKLAND, CA 94612-4705

SUMMIT FUNDING GROUP, INC.
4680 PARKWAY DRIVE, SUITE 300
MASON, OH 45040-7979

SUSQUEHANNA COMMERCIAL FINANCE,
INC.
2 COUNTRY VIEW ROAD SUITE 300
MALVERN, PA 19355-1420

Sabah International
5925 Stoneridge Drive
Pleasanton CA 94588-2705

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Sanouvong, Steven
2682 14th Avenue
Oakland, CA 94606-3240

Sato, May
PO Box 1504
Alameda, CA 94501-0164

Sato, Samantha
27 Benedict Court
Alameda, CA 94502-7758

Savage, Jenna
1073 Derby Ct.
Manteca, CA 95336-6329

Scherer, Christine
1263 135th Avenue
San Leandro, CA 94578-2541

Scheuerman, Flor
1536 Columbus Avenue
Burlingame, CA 94010-5512

Schumacher, Michael
24 Sunny Cove Circle
Alameda, CA 94502-6552

Seyfarth Shaw LLP
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603-5863

Sheehan, Sarah
20954 Cato Ct
Castro Valley, CA 94546-4407

Shen, Evelyn
336 Portland Ave, #2
Oakland, CA 94606-1443

Shorenstein Hays-Nederlander
Theaters LLC
1182 Market St, Suite 200
San Francisco, CA 94102-4916

Shred-It USA, LLC
c/o Westerman Ball Ederer Miller Zucker
1201 RXR Plaza
Uniondale, New York 11556
Attention: Mickee M. Hennessy, Esq. (LF)
11556-4201

Sights, Nina
1809 Fremont
Alameda, CA 94501-1601

Smith, Nicole
201 E. 12th St., Apt #316
Oakland, CA 94606-2259

Smith, Tammy
201 E. 12th St. #214
Oakland, CA 94606-2275

So. California Local 831 Employer Pension Pl
c/o Richard W. Esterkin
Morgan,Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Solis, Pacifico
53 Glenview Drive
San Francisco, CA 94131-1609

Sparks, Monica
140 Coloma Way
Vallejo, CA 94589-1419

Staples
Attn: Daneen Kastanek
300 Arbor Lake Drive
Columbia, SC 29223-4536

Starritt, Benjamin
1110 Match Point Place
Tracy, CA 95376-4465

State of Oregon, Department of
Consumer & Business Services
350 Winter St
Salem, OR 97301-3875

Steinmetz, Andrew
780 Guerrero St.#3
San Francisco, CA 94110-1644

Stewart Plock
2915 Eccleston Ave
Walnut Creek, CA 94597-1818

Stockton, Angela
852 Billow Dr
San Diego, CA 92114-5007

Strehle, Vaughn
1631 Vining Drive
San Leandro, CA 94579-2338

Sudheer Yakkala
4212 Lorren Dr #126
Fremont CA 94536-6866

Summer, Theodore
3237 1/2 Encinal Ave.
Alameda, CA 94501-4804

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Susquehanna Commercial Finance
2 COUNTRY VIEW ROAD
MALVERN, PA 19355-1420

TIME WARNER CABLE
ACCT 8150220010233208
P.O. BOX 11820
NEWARK, NJ 07101-8120

TRIDENT SERVICES
1260 41st AVE., SUITE K
CAPITOLA, CA 95010-3929

Tan, Sophonna
1952 Finger Peak Way
Antioch, CA 94531-9134

Taper, Kimberli
129 Byron Street
Vallejo, CA 94590-3324

Tapia, Joel
49 St. Marks Court
Daly City, CA 94015-2157

Tengsico, MaeRose
1500 Pine St. #15
Concord, CA 94520-3438

Thompson-Lewis, Andrea
229 Wistar Road
Oakland, CA 94603-1063

Trajano, Andrea
3256 Santa Clara Court
Union City, CA 94587-2734

Trustees of The Operating Engineers Trust Fu
Farella Braun + Martel LLP
Attn: Gary M. Kaplan, Esq.
235 Montgomery Street, 18th Floor
San Francisco, CA 94104-3105

Tyler, Robert
90 Justin Drive
San Francisco, CA 94112-1125

U.S. Bank, N.A. dba U.S. Bank Equipment Fina
1310 Madrid Street
Marshall, MN 56258-4001

UFCW NATIONAL PENSION FUND
EMPLOYER CONTRIBUTIONS
P. O. BOX 5002
BOSTON, MA 02206-5002

UNITED PARCEL SVC  0386SL  CONS
P. O. BOX 894820
LOS ANGELES, CA 90189-4820

UNUM LIFE INSURANCE
POLICY# 0534557-001
P.O. BOX 406990
ATLANTA, GA 30384-6990

Uitz, Elayne
312 Bluefish Ct
Foster City, CA 94404-1902

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108-2217

VERTICAL ERGONOMICS
476 RIDGECREST CIRCLE
LIVERMORE, CA 94551-4850

Vane II, David
1515 Encinal Ave.#c
Alameda, CA 94501-4061

Varian, Ligaya
325 Brighton St.
Hercules, CA 94547-3699

Vaughn, Turia
228 Wellington Avenue
Clyde, CA 94520-1115

Vega, Esmeralda
1798 Via Capri
Chula Vista, CA 91913-1521

Velasquez, Maria
6253 Dougherty Rd., #1302
Dublin, CA 94568-2816

Victor Zuniga
1688 Lanier Ave
San Leandro CA 94579-1908

Villalba, Clarice
104 Fuschia Court
Martinez, CA 94553-5037

Villaluna Jr, Victor
1618 Shafter Ave
San Francisco, CA 94124-2306

Vinella-Brusher, Susan
6151 Chelton Drive
Oakland, CA 94611-2428

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Vuong, Nancy
768 Hacienda Ave.
San Lorenzo, CA 94580-2938

WESTERN EQUIPMENT FINANCE, INC.
P.O. BOX 640
DEVILS LAKE, ND 58301-0640

Wadley, Vanessa
121 Leonard St.
Vallejo, CA 94589-2056

Walter, Joseph
21100 Gary Drive #206
Hayward, CA 94546-6110

Washington, Lawrence
2045 Santa Clara Ave., Apt. G
Alameda, CA 94501-2739

Wei, Randall
1241 College Ave.
Alameda, CA 94501-5413

Western Conference of Teamsters
Pension Trust Fund
Russell J Reid of Reid,McCarthy,
Ballew & Leahy,LLP
100 West Harrison st N Tower Ste 300
Seattle WA 98119-4116

Western Finance
503 HWY 2 W
DEVILS LAKE, ND 58301-2938

Western States Pension
c/o BeneSys, Inc.
1220 SW Morrison Street, Suite 300
Portland, OR 97205-2222

Westport Capital Parners
c/o Joel A. Parker  SW&W
1211 SW 5th Ave., Suite 1900
Portland, OR 97204-3719

Whaley, Sharon
909 Putnam Street
Antioch, CA 94509-4729

White, Tony
1311 Webster Street #e216
Alameda, CA 94501-3804

Williams, Gerald
2164 108th Ave
Oakland, CA 94603-4011

Williams, Shayona
215 West Mac Arthur Blvd., Apt #314
Oakland, CA 94611-5337

Wilson, Aaron, Reid
PO Box 594
Inverness, CA 94937-0594

Wong, Jason
768 Hacienda Ave.
San Lorenzo, CA 94580-2938

XEROX CORPORATION
C/O V.O. ADAMS
1303 RIDGEVIEW DRIVE - 450
LEWISVILLE, TX 75057-6018

XEROX CORPORATION
P. O. BOX 7405
PASADENA, CA 91109-7405

Yakkala, Sudheer
4212 Lorren Drive, Apt-126
Fremont, CA 94536-6866

Yamasaki, Karen
2523 Eagle Ave
Alameda, CA 94501-1526

ZEE MEDICAL  #440055-FAIR OAKS
ACCT# 440055
P. O. BOX 22
FAIR OAKS, CA 95628-0022

ZEROCHAOS
420 SOUTH ORANGE AVENUE
SUITE 600
ORLANDO, FL 32801-4902

Zuniga, Melba
1688 Lanier Ave.
San Leandro, CA 94579-1908

Zuniga, Victor
1688 Lanier Avenue
San Leandro, CA 94579-1908

Edward M Fox
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1595

Eve H Karasik
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Jacqueline L James
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Jeffrey S Kwong
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Jesse M. Kessler

undeliverable

Karen Crampton
2831 Camino del Rio South
Suite 206-207
San Diego, CA 92108-3802

Kurt Ramlo
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067-6253

Richard W Esterkin
300 S Grand Ave 22nd Fl
Los Angeles, CA 90071-3132

Thomas E. Perez
350 S. Figueroa Street
Suite 370
Los Angeles, CA 90071-1202

Todd M Arnold
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Martin G. Bunin
Furrell Fritz, P.C.
622 Third Avenue, Suite 37200
New York, NY 10017

Shawn C. Groof.
1330 Broadway Suite 1450
Oakland, Ca 94612

**Potential Prospective
Purchasers of In re ATPA**

Matt Rothman
P.O. Box 473
Hermosa Beach, CA 90254

Lawrence R. Barker
The Winfield Group, Inc.
2099 N. Third Avenue
Napa, CA 94558-3842

William Little
L&B Real Estate
P.O. Box 1380
Los Angeles, CA 90078

Warren Eugene Frank
1411 E. 122nd Place
Los Angeles, CA 90059

Vicki L. Schennum, Esq.
208 20th Street
Huntington Beach, CA 92648

Walter Parker Auctioneer, Inc.
Attn:  Walter Parker
3801 Frotas Avenue
El Paso, TX 79905-1313

Ray R. Nosrati
Law Firm of Ray R. Nosrati
3435 Wilshire Blvd., Suite 2700
Los Angeles, CA 90010

Nicholas Mandola
27 Westminster Ave., #102
Venice, CA 90291

ANB Enterprises, Inc.
Attn:  Brian Navis
1421 Opechee Way
Glendale, CA 91208

Eugene A. Ahtirski
The Law Offices of Eugene A. Ahtirski
14522 Victory Blvd., Second Floor
Van Nuys, CA 91411

20 Capital
Corey O'Brien
1081 Camino Del Rio S, Suite #206
San Diego, CA 92108

R.R. Spear Co., Inc.
Auctioneers & Liquidators
5510 Satsuma Ave.
No. Hollywood, CA 91601

## 3.  SERVED BY E-MAIL:

Ray R. Nosrati
Email: raynosrati@yahoo.com

ANB Enterprises, Inc.
bnavis@earthlink.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.