```
 1  WILLIAM W. HUCKINS (BAR NO. 201098)
    IVAN M. GOLD (BAR NO. 121486)
 2  THOR D. MCLAUGHLIN (BAR NO. 257864)
    ALLEN MATKINS LECK GAMBLE
 3    MALLORY & NATSIS LLP
    Three Embarcadero Center, 12th Floor
 4  San Francisco, CA 94111-4074
    Phone: (415) 837-1515
 5  Fax: (415) 837-1516
    E-Mail: whuckins@allenmatkins.com
 6          igold@allenmatkins.com
            tmclaughlin@allenmatkins.com
 7
    Attorneys for Landlord
 8  PTF for Operating Engineers, LLC
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | Case No. 2:16-bk-23679-SK |
|---|---|
| Associated Third Party Administrators, | Chapter 7 |
| Debtor and Debtor in Possession, | (Jointly Administered with Case No. 2:16-bk-23682-SK) |
| In re: | **DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION OF LANDLORD PTF FOR OPERATING ENGINEERS, LLC TO TRUSTEE'S MOTION FOR REJECTION OF CERTAIN REAL PROPERTY LEASES** |
| Allied Fund Administrators, LLC, | |
| Debtor and Debtor in Possession. | |
| ☒ Affects Both Debtors | Hearing Date: March 29, 2017<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom 1575<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| ☐ Affects Associated Third Party Administrators | |
| ☐ Affects Allied Fund Administrators, LLC | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

I, KATHLEEN ANDRADE, declare:

1. I am employed by Colliers International as one of its Property Managers, with offices in Walnut Creek, California. Colliers International has been retained by PTF for Operating Engineers, LLC (the "Landlord") to provide property management services with respect to the commercial real property located at 1640 South Loop Road, Alameda, California (the "Leased Premises"), owned by Landlord, and I am the Property Manager with respect to these Leased Premises.

2. As a consequence of my position as Property Manager, I am one of the custodians of the books, records, and files of Landlord and Colliers International as those books, records, and files relate to the use and occupancy of the office premises leased by Associated Third Party Administrators ("Debtor"), the debtor herein, from Landlord at the Leased Premises. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true or I have gained knowledge of them from the business records of Colliers International and Landlord maintained in the ordinary course of business.

3. This declaration is submitted in connection with the *Motion of Chapter 7 Trustee For Order Authorizing: (1) The Rejection of Certain Real Property Leases; and (2) The Abandonment of Personal Property Owned By The Debtor Rejection of Landlord PTF For Operating Engineers, LLC To Compel Performance of Post-Petition Lease Obligations or Other Appropriate Relief* ("Rejection Motion").

4. Landlord, and landlord, and Debtor, as tenant, are parties to that certain written Standard Form Office Lease, dated March 21, 2012, as subsequently amended (the "Lease"), for the Leased Premises, consisting of approximately 49,067 rentable square feet, as more particularly described in the Lease. The term of the Lease is scheduled to expire on November 30, 2017. A true and correct copy of the Lease is attached hereto as Exhibit "1" and incorporated herein by this reference.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

5.      On or about October 31, 2013, Landlord, as landlord, and Debtor, as tenant, entered into a written First Amendment To Lease, a true and correct copy of which is attached hereto as Exhibit "2" and incorporated herein by this reference.

6.      This bankruptcy case was commenced by the filing of voluntary Chapter 11 petitions by Debtor and its affiliate, Allied Fund Administrators, LLC, on October 17, 2016 (the "Petition Date").

7.      On December 9, 2016, this Court entered its *Order on Motion To Covert Cases To Chapter 7* [Docket No. 242], with conversion of the case to be effective January 19, 2017 (the "Conversion Date").

8.      On January 20, 2017, this Court entered its *Order Allowing Administrative Claim of Landlord PTF For Operating Engineers, LLC* [Docket No. 287] ("Order Allowing Landlord's Administrative Claim"), allowing a Chapter 11 administrative priority claim in favor of Landlord in the sum of $149,072.11, for unpaid rent and charges for November 2016, unpaid "stub rent" for the pro-rated post-petition portion of October 2016, and certain attorneys' fees. Landlord's administrative claims for unpaid post-petition rent and charges from and after December 1, 2016 were reserved by the terms of the Order Allowing Landlord's Administrative Claim.

9.      Following the Conversion Date, on or about January 24, 2017, Richard K. Diamond (the "Chapter 7 Trustee") accepted his appointment as Chapter 7 Trustee of Debtor's bankruptcy estate.

10.     Following Mr. Diamond's appointment as Chapter 7 Trustee, the Chapter 7 Trustee had exclusive access to the Leased Premises. Until February 27, 2017, as further described below, Landlord did not have any keys to the Leased Premises. At no time has Landlord been advised, either by the Chapter 7 Trustee or by his attorneys, orally or in writing, that Landlord could change the locks to the Leased Premises, that Landlord had exclusive possession of the Leased Premises or that Landlord was free to re-lease the Leased Premises to a replacement tenant.

11.     While Landlord did not have access to the Leased Premises, following the Chapter 7 Trustee's appointment, the Leased Premises were accessed by various agents and representatives

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

-2-
DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

of the bankruptcy estate, including former employees of Debtor, consultants retained by the Chapter 7 Trustee and the Chapter 7 Trustee's own attorney.

12. On Thursday morning, February 2, 2017, I gained entry to the Leased Premises for the first time since the Conversion Date. Following arrangements made through counsel, I met Aaron de Leest, an attorney with the Danning, Gill, Diamond & Kollitz, LLP firm, attorneys for the Chapter 7 Trustee, at the Leased Premises. Mr. de Leest had a key to the Leased Premises and I entered with Leased Premises with him. My visit lasted less than one hour. Mr. de Leest informed me that he was waiting on the arrival of additional representatives of the Chapter 7 Trustee who would be inspecting Debtor's books and records located at the Leased Premises later that day. At no time during my visit to the Leased Premises was I told Landlord could re-key the Leased Premises or otherwise obtain exclusive control over the Leased Premises. To the contrary, I was informed that the Chapter 7 Trustee's information technology consultants would be continuing work at the Leased Premises. Attached hereto as Exhibit "3" and incorporated herein by this reference is a true and correct copy of an e-mail I received from Mr. de Leest on February 2, 2017, following our meeting at the Leased Premises earlier that day.

13. On the evening of February 2, 2017, I sent an e-mail to Mr. de Leest requesting that I be able to enter the Leased Premises the following day to take some photographs depicting the current condition of the Leased Premises, as I had neglected to do so earlier that day. I was advised that I could enter the Leased Premises the next day, Friday, February 3, 2017, because representatives of the Chapter 7 Trustee would be on site. I received an e-mail from Mr. de Leest providing me with the contact information for the Chapter 7 Trustee's representatives. Unfortunately, due to a conflict, I was unable to visit the Leased Premises on February 3, 2017. A true and correct copy of my exchange of e-mails with Mr. de Leest on the evening of February 2, 2017 is attached hereto as Exhibit "4" and incorporated herein by this reference.

14. On February 27, 2017, I received a single key to the Leased Premises from counsel for the Chapter 7 Trustee and, on the following day, February 28, 2017, I received a key fob device to access the server room. I was provided with this single key, as an accommodation to the Chapter 7 Trustee, based on arrangements made through our respective attorneys, in order to

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

-3-
DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

provide access to the Leased Premises to third party equipment lessors and secured parties to remove their property from the Leased Premises. In connection with the delivery of a key to me, I understand that other representatives of the Chapter 7 Trustee continue to have keys to the Leased Premises. A true and correct copy of the transmittals of the key and key fob from counsel for the Chapter 7 Trustee are attached hereto as Exhibit "5" and incorporated herein by this reference. I received no correspondence purporting to return possession of the Leased Premises to Landlord at that time or authorizing Landlord to change the locks to the Leased Premises.

15. On this Thursday, March 16, 2017, I have a meeting scheduled with Bruce Marzett of Cisco Systems Capital Corporation ("CSCC") and CEVA Logistics, its freight carrier, to facilitate CSCC's removal of certain equipment leased by CSCC to Debtor, as provided by the *Stipulation Re Authorization To Recover Leased Equipment Pending Rejection of Equipment Lease* between the Chapter 7 Trustee and CSCC.

16. I have been informed that representatives of Berkeley Research Group, LLC, the accountants and financial advisors retained by the Chapter 7 Trustee, will also be in the Leased Premises on March 16, 2017 at the time of CSCC's removal of its equipment. According to my recent e-mail exchange with Nicholas Troszack of Berkeley Research Group, LLC, his colleague, Rowen Dizon, will be at the Leased Premises reviewing and packing up certain accounting records of Debtor for shipment to Los Angeles. According to Mr. Troszack, Mr. Dizon will have his own key to access the Leased Premises. A true and correct copy of my exchange of e-mail messages with Mr. Troszack on March 9-10, 2017 is attached hereto as Exhibit "6" and incorporated herein by this reference. Berkeley Research Group LLC's continued access to the Leased Premises, and its continuing retrieval of books and records after the filing of the Rejection Motion, appear contrary to Mr. Diamond's assertion, in this declaration supporting the Rejection Motion, that he is not in possession of the Leased Premises.

17. As set forth in my *Supplemental Declaration of Kathleen Andrade Supporting Motion for Landlord PTF for Operating Engineers, LLC to Compel Performance of Post-Petition Lease Obligations or Other Appropriate Relief*, filed January 12, 2017 [Docket No. 279], Landlord received no payment directly from the Debtor on account of post-petition rent and

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

-4-
DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

1  charges due under the Lease after the Petition Date. Following this Court's approval of the
2  transition services arrangements between Debtor and the Operating Engineers and Ad Hoc Funds
3  groups, respectively, Landlord received a total of three payments from these groups aggregating
4  $163,339.41 on account of rent and charges for the Leased Premises for December 2016 rent and
5  charges and the pro-rated period from January 1-18, 2017. The current amount of monthly rent
6  and charges under the Lease is the sum of $106,489.80, consisting of "Monthly Base Rent" of
7  $102,908.30 per month and "Operating Expenses" of $3,581.50 per month. No payment has been
8  received from the Chapter 7 Trustee or any other party on account of accruing rent and charges
9  under the Lease since the Conversion Date.

10   18.   As described in the *Declaration of Amy Callaghan Supporting Application For Order Setting Hearing on Shortened Notice*, filed November 21, 2016 [Docket No. 163], Landlord generally incurs monthly operating expenses in excess of $50,000 per month in connection with the Leased Premises, including insurance and real property taxes. While janitorial services to the Leased Premises ceased on or about January 18, 2017, when the janitorial service could no longer access the Leased Premises, Landlord nevertheless continues to incur expenses under the Lease for such services as utilities, exterior maintenance and repairs, and landscaping services with respect to the Leased Premises. At no time, either through direct communications or those through counsel, or by a bankruptcy pleading, has Landlord ever been advised that such services may be terminated or reduced.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 14, 2017 at Walnut Creek, California.

   _____
   Kathleen Andrade

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1035859.01/SF

-5-
DECLARATION OF KATHLEEN ANDRADE SUPPORTING OBJECTION TO
TRUSTEE'S MOTION TO REJECT REAL PROPERTY LEASES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Three Embarcadero Center, 12th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): <u>Declaration of Kathleen Andrade Supporting Objection of Landlord PTF for Operating Engineers, LLC to Trustee's Motion for Rejection of Certain Real Property Leases</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>March 15, 2017</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M. Arnold — tma@lnbyb.com
- Catherine Arostegui — carostegui@beesontayer.com, akenney@beesontayer.com
- Ron Bender — rb@lnbyb.com
- Stuar E. Bernsen — bernsen.stuart@pbgc.gov, efile@pbgc.gov
- Lynn Brown — notices@becket-lee.com
- Shawn M. Christianson — cmcintire@buchalter.com, schristianson@buchalter.com
- Aaron E. De Leest — aed@dgdk.com, DanningGill@gmail.com, adeleest@ecf.inforuptcy.com
- Ronald Dean — rdean@74erisa.com, rdean@igc.org
- Richard K. Diamond(TR) — RKDTrustee@dgdk.com, rdiamond@ecf.epiqsytems.com, DanningGill@Gmail.com
- Jonathan R. Doolittle — jdoolittle@reedsmith.com, rpelusi@reedsmith.com; bankruptcy2628@ecf.pacerpro.com, ashively@reedsmith.com, dkelley@reedsmith.com
- Jamie P. Dreher — jdreher@downeybrand.com, mfrazier@downeybrand.com, courtfilings@downeybrand.com
- Richard W. Esterkin — resterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
- Edward M. Fox — emfox@seyfarth.com, abelzer@seyfarth.com
- Luis A. Garcia — garcia.luis.a@dol.gov
- Michael I. Gottfried — mgottfried@lgbfirm.com, kalandy@lgbfirm.com, cboyias@lgbfirm.com; srichmond@lgbfirm.com, sdeiches@lgbfirm.com, mmocciaro@lgbfirm.com
- Brian T. Harvey — bharvey@buchalter.com, IFS_filing@buchalter.com, dbodkin@buchalter.com
- Gary M. Kaplan — gkaplan@fbm.com
- Jacqueline L. James — jlj@lnbyb.com
- Eve H. Karasik — ehk@lnbyb.com
- Howard Kollitz — HKollitz@DGDK.com, DanningGill@gmail.com, hkollitz@ecf.inforuptcy.com
- Jeffrey S. Kwong — jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Dare Law — dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Allison R. Lemeshewsky — arlemesh@sbcglobal.net, ldtorres@sbcglobal.net, mwccoast@aol.com
- Leib M. Lerner — leib.lerner@alston.com, autodockettest-lax@alston.com
- Elan S. Levey — elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L. Mainguy — bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Alan I. Nahmias — anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Melissa T. Ngo — ngo.melissa@pbgc.gov, efile@pbgc.gov
- George R. Pitts — gpitts@sandsanderson.com
- Kurt Ramlo — kr@lnbyb.com
- Emily P. Rich — erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Isaiah B. Roter — iroter@sjlawcorp.com
- Lovee D. Sarenas — lovee.sarenas@lewis brisbois.com
- Kenneth D. Schnur — kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012   **F 9013-3.1.PROOF.SERVICE**

- Sonia Singh — ss@dgdk.com
- Lindsey L. Smith — lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R. Stafford — mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman — nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G. Suglia — nsuglia@fleischerlaw.com
- David A. Tilem — davidtilem@tilemlaw.com
- United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 15, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**OVERNIGHT DELIVERY**

Honorable Sandra Klein
United States Bankruptcy Court
255 E. Temple Street
Bin outside of Suite 1582
Los Angeles, CA 90012

Chapter 7 Trustee
Richard K Diamond (TR)
Danning, Gill, Diamond & Kollitz
1900 Avenue of Stars, 11th Floor
Los Angeles, CA 90067-4402

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2017 | Cynthia D. Lynch | /s/ Cynthia D. Lynch |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      **F 9013-3.1.PROOF.SERVICE**