Gary M. Kaplan (State Bar No. 155530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Party In Interest TRUSTEES OF THE
OPERATING ENGINEERS TRUST FUNDS AND
OTHER OPERATING ENGINEERS ENTITIES

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Associated Third Party Administrators,<br><br>   Debtor and Debtor in Possession.<br>In re:<br><br>Allied Fund Administrators, LLC,<br><br>   Debtor and Debtor in Possession.<br><br>X Affects Both Debtors<br><br>☐ Affects Associated Third Party Administrators Only<br><br>☐ Affects Allied Fund Administrators, LLC Only | Case No.: 2:16-bk-23679-SK<br><br>(Jointly Administered with Case No.: 2:16-bk-23682-SK)<br><br>Chapter 7 Cases<br><br>**JOINDER OF OPERATING ENGINEERS TRUST FUNDS, ET AL. IN AD HOC GROUP'S LIMITED OBJECTION TO MOTION OF CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING: (1) THE REJECTION OF CERTAIN REAL PROPERTY LEASES; AND (2) THE ABANDONMENT OF PERSONAL PROPERTY OWNED BY THE DEBTOR**<br><br>Hearing<br>Date: March 29, 2017<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>   255 East Temple Street,<br>   Los Angeles, California 90012 |

Trustees Of The Operating Engineers Trust Funds And Other Operating Engineers Entities (collectively, "OE") hereby joins in the Ad Hoc Group's Limited Objection (the "Limited Objection") to Motion of Chapter 7 Trustee for Order Authorizing: (1) The Rejection of Certain Real Property Leases; and (2) The Abandonment of Personal Property Owned by the

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

OPER. ENG. JOINDER LTD. OBJ. TR. MOT.
ABANDON PERSONAL PROPERTY

1  Debtor (Docket No. 351)[1]. OE agrees that, for the reasons set forth in the Limited Objection, the
2  Trustee should be denied the authority to abandon the premises and Books and Records and any
3  other equipment containing PII, PHI or ePHI unless arrangements are made for the PII, PHI
4  and/or ePHI to be appropriately deleted, destroyed or rendered indecipherable." *Id.* at 7. Like the
5  Ad Hoc Group, OE is comprised of a number of employee health and pension funds and trusts
6  for which Debtor ATPA served as the health plan and pension plan administrator.

Dated: March 16, 2017                FARELLA BRAUN + MARTEL LLP

                                     By:        /s Gary M. Kaplan
                                            Gary M. Kaplan
32072\5879959.1                      Attorneys for Party In Interest TRUSTEES OF THE
                                     OPERATING ENGINEERS TRUST FUNDS AND
                                     OTHER OPERATING ENGINEERS ENTITIES

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Limited Objection.

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

OPER. ENG. JOINDER LTD. OBJ. TR. MOT.
ABANDON PERSONAL PROPERTY         - 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**235 Montgomery Street, 17th Floor, San Francisco, CA 94104**

A true and correct copy of the foregoing document entitled: JOINDER OF OPERATING ENGINEERS TRUST FUNDS, ET AL. IN AD HOC GROUP'S LIMITED OBJECTION TO MOTION OF CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING: (1) THE REJECTION OF CERTAIN REAL PROPERTY LEASES; AND (2) THE ABANDONMENT OF PERSONAL PROPERTY OWNED BY THE DEBTOR will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 8, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Federal Express Overnight Delivery

Bin outside of Suite 1582
Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2017 | Greg George | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

32072\5880888.1 June 2012    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Todd M Arnold    tma@lnbyb.com
   - Catherine Arostegui    akenney@beesontayer.com, akenney@beesontayer.com
   - Ron Bender    rb@lnbyb.com
   - Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
   - Ronald Dean    rdean@74erisa.com, rdean@igc.org
   - Jonathan R Doolittle    jdoolittle@reedsmith.com, rpelusi@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;
   - ashively@reedsmith.com;dkelley@reedsmith.com;bobmiller@kilmerlaw.com;cbroock@kilmerlaw.com;llhomedieu@kilmerlaw.com
   - Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
   - Richard W Esterkin    resterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
   - Kerry K Fennelly kfennelly@donaldsonandcornwell.com; fileclerk@donaldsonandcornwell.com; lsheridan@donaldsonandcornwell.com;kditty@donaldsonand cornwell.com; vmindirgasova@donaldsonandcornwell.com; jbaldwin@donaldsonandcornwell.com
   - Edward M Fox    emfox@seyfarth.com
   - Luis A Garcia garcia.luis.a@dol.gov
   - Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; srichmond@lgbfirm.com; sdeiches@lgbfirm.com; mmocciaro@lgbfirm.com
   - Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
   - Mickee Hennessy    mhennessy@westermanllp.com
   - Jacqueline L James    jlj@lnbyb.com
   - Gary M Kaplan    gkaplan@fbm.com
   - Eve H Karasik    ehk@lnbyb.com
   - Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
   - Dare Law    dare.law@usdoj.gov
   - Allison R Lemeshewsky    arlemesh@sbcglobal.net; ldtorres@sbcglobal.net; mwccoast@aol.com
   - Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
   - Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
   - Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
   - Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
   - Robert B Miller
   - Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
   - Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
   - George R Pitts    gpitts@sandsanderson.com, tkearns@sandsanderson.com
   - Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
   - Russell H Rapoport    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
   - Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com
   - Kenneth D Schnur kenneth.schnur@kts-law.com; anastasia.mogilevsky@kts-law.com
   - Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
   - Nicholas Starkman    nstarkman@wkclegal.com; syoung@wkclegal.com
   - Michele R Stafford    mstafford@sjlawcorp.com, collections@sjlawcorp.com
   - Nicola G Suglia nsuglia@fleischerlaw.com
   - David A Tilem    davidtilem@tilemlaw.com; DavidTilem@ecf.inforuptcy.com; malissamurguia@tilemlaw.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com; MalissaMurguia@ecf.inforuptcy.com; SylviaTilemLaw@gmail.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

32072\5880888.1 June 2012    **F 9013-3.1.PROOF.SERVICE**