Gary M. Kaplan (State Bar No. 155530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

Attorneys for Parties In Interest TRUSTEES OF THE
OPERATING ENGINEERS TRUST FUNDS AND
OTHER OPERATING ENGINEERS ENTITIES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Associated Third Party Administrators,<br><br>Debtor. | Case No.: 2:16-bk-23679-SK<br>(Jointly Administered)<br><br>Chapter 7<br><br>**STIPULATION BETWEEN RICHARD K. DIAMOND, CHAPTER 7 TRUSTEE, AND TRUSTEES OF THE OPERATING ENGINEERS TRUST FUNDS, ET AL. REGARDING RETRIEVAL OF OPERATING ENGINEERS FUNDS' DATA AND RELATED MATTERS**<br><br>[No Hearing Required] |

This Stipulation Regarding Access to Operating Engineers Funds' Data ("Stipulation") is entered into by and between Richard K. Diamond, Chapter 7 Trustee (the "Trustee") for Associated Third Party Administrators, ("ATPA" or the "Debtor"), debtor in the above-captioned Chapter 7 bankruptcy case (the "Case"), and Trustees of the Operating Engineers Trust Funds and other Operating Engineers Entities, parties in interest herein (together, "OE", and collectively with the Trustee, the "Parties"), with reference to the following facts:

**RECITALS**

A. On October 17, 2016, ATPA filed a voluntary petition under Chapter 11 of the Bankruptcy Code, thereby commencing the Case in the U.S. Bankruptcy Court for

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIP. BETW. CH. 7 TRUSTEE & OPER.
ENG. RE DATA ACCESS, ETC.

the Central District of California (the "Court").

B. By orders entered on December 8, 2016 (Docket No. 235) and December 14, 2016 (Docket No. 257), the Court approved a stipulation (Docket No. 193-1, the "OE Transition Services Stipulation") between ATPA and OE, formerly clients of ATPA's pension and benefit plan administration services.  Under the OE Stipulation, OE agreed to fund certain operating expenses of ATPA during a transition period in order to obtain emergency transition services to facilitate the transfer of data from ATPA to OE's successor administrator, Zenith American Solutions ("Zenith"), and ATPA agreed to permit access to its premises and information systems for this purpose.

C. On December 9, 2017, the Court entered an order (Docket No. 242) providing for conversion of the Case  to a case under Chapter 7 of the Bankruptcy Code, effective as of January 19, 2017.  On January 19, 2017, the Case was converted to a case under Chapter 7 of the Bankruptcy Code.

D. The notice of the Trustee's appointment was filed on January 24, 2017, and he has served as the duly authorized Trustee for the Debtor's estate continually since that date.

E. On March 3, 2017, the Trustee filed a motion (Docket No. 334) seeking authority to reject certain real property leases and abandon the personal property located at such premises, which includes certain data related to OE funds that are stored on two USB external computer "hard drives" (the "Hard Drives") located in the data center at the facility leased by ATPA located at 1640 South Loop Road, Alameda, California (the "Premises"), which Hard Drives OE represents contain <u>only</u> OE-related data.

F. The Parties have agreed to Zenith retrieving the Hard Drives from the Premises for purposes of retaining the OE-related data thereon, and certain related matters.

**AGREEMENT**

Based on the foregoing recitals, the Parties agree as follows:

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA  94574
(707) 967-4000

STIP. BETW. CH. 7 TRUSTEE & OPER. ENG. RE DATA ACCESS, ETC.

- 2 -

1. The Trustee consents to Zenith (through its Vice President Arturo Miramontes and staff members Jack Ouyang and Ryan Ilacqua, all of whom are former ATPA employees that worked on OE fund matters [the "Zenith Personnel"]) retrieving the Hard Drives from the Premises (the "Site Visit").

2. During the Site Visit, the Trustee consents to the Zenith Personnel retrieving any OE-related documents that may have been inadvertently left at the conclusion of the transition period under the OE Transition Services Stipulation, along with any personal effects (such as pictures and plants) of the Zenith Personnel.

3. Arturo Miramontes (an executive at Zenith who previously worked for ATPA for more than 10 years) will oversee the Zenith Personnel during the Site Visit to ensure that only files for the OE funds and personal property of the Zenith Personnel are removed from the Premises.

4. Zenith shall promptly provide the Trustee with a list of all items removed from the Premises at the Site Visit.

5. OE shall be responsible for any expenses incurred by Zenith in conjunction with the Site Visit.

6. OE shall make arrangements with the Premises landlord to obtain access for Zenith.

Dated: March 27, 2017  
           28

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____  
Aaron E. de Leest

Attorneys for RICHARD K. DIAMOND, CHAPTER 7 TRUSTEE

Dated: March 27, 2017

FARELLA BRAUN + MARTEL LLP

By: /s/ Gary M. Kaplan  
Gary M. Kaplan

Attorneys for Parties In Interest TRUSTEES OF THE OPERATING ENGINEERS TRUST FUNDS AND OTHER OPERATING ENGINEERS ENTITIES

Farella Braun + Martel LLP  
Wine Business Center  
899 Adams Street, Suite G  
St. Helena, CA 94574  
(707) 967-4000

STIP. BETW. CH. 7 TRUSTEE & OPER. ENG. RE DATA ACCESS, ETC.

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**235 Montgomery Street, 17th Floor, San Francisco, CA  94104**


A true and correct copy of the foregoing document entitled (*specify*):  **Stipulation between Richard K. Diamond, Chapter 7 Trustee, and Trustees Of The Operating Engineers Trust Funds, et al. regarding Retrieval of Operating Engineers Funds' Data and Related Matters**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 28, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **March 28, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 28, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express Priority Overnight Delivery

    Honorable Sandra R. Klein
    United States Bankruptcy Court
    Central District of California
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 1582
    Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 28, 2017** | **Alison Brown** | /s/ Alison Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Todd M Arnold    tma@lnbyb.com
- Catherine Arostegui    carostegui@beesontayer.com, akenney@beesontayer.com
- Ron Bender    rb@lnbyb.com
- Stuart E Bernsen    bernsen.stuart@pbgc.gov, efile@pbgc.gov
- Lynn Brown    notices@becket-lee.com
- Martin G Bunin    , melanie.mizrahie@alston.com
- Martin G Bunin    mbunin@farrellfritz.com, melanie.mizrahie@alston.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Aaron E De Leest    aed@dgdk.com, DanningGill@gmail.com; adeleest@ecf.inforuptcy.com
- Ronald Dean    rdean@74erisa.com, rdean@igc.org
- Richard K Diamond (TR)    RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com; DanningGill@Gmail.com
- Jonathan R Doolittle    jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com; rpelusi@reedsmith.com;ashively@reedsmith.com; dkelley@reedsmith.com; bobmiller@kilmerlaw.com; cbroock@kilmerlaw.com; llhomedieu@kilmerlaw.com
- Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com; courtfilings@downeybrand.com
- Richard W Esterkin    richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
- Edward M Fox    emfox@seyfarth.com
- Luis A Garcia    garcia.luis.a@dol.gov
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com; cboyias@lgbfirm.com; srichmond@lgbfirm.com; mmocciaro@lgbfirm.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Mickee Hennessy    mhennessy@westermanllp.com
- Jacqueline L James    jlj@lnbyb.com
- Gary M Kaplan    gkaplan@fbm.com
- Eve H Karasik    ehk@lnbyb.com
- Howard Kollitz    HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Dare Law    dare.law@usdoj.gov
- Allison R Lemeshewsky    arlemesh@sbcglobal.net, ldtorres@sbcglobal.net;mwccoast@aol.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Robert B Miller
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Walter K Oetzell    woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- George R Pitts    gpitts@sandsanderson.com, tkearns@sandsanderson.com
- Kelly L Pope    kpope@downeybrand.com,
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Russell H Rapoport    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- Emily P Rich    erich@unioncounsel.net; bankruptcycourtnotices@unioncounsel.net; cak@blake-uhlig.com
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- Kenneth D Schnur   kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com
- Sonia Singh   ss@dgdk.com
- Lindsey L Smith   lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford   mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman   nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia   nsuglia@fleischerlaw.com
- David A Tilem   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com; malissamurguia@tilemlaw.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com; MalissaMurguia@ecf.inforuptcy.com; SylviaTilemLaw@gmail.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:

Berkeley Research Group, LLC
2200 Powell St #1200
Emeryville, CA 94608

Danning Gill Diamond & Kollitz LLP
1900 Avenue of the Stars
Los Angeles, CA  90067

D Alexander Floum
The Williams Firm
1850 Mt Diablo Blvd Ste 340
Walnut Creek, CA 94596

Shawn C Groff
1330 Broadway Suite 1450
Oakland, CA 94612

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, Quebec H2X 3R7
Canada,

Operating Engineers Local 501 Security Fund
c/o Cornwell & Baldwin
1017 East Grand Avenue
Escondido, CA 92025

Russell J Reid
Reid McCarthy Ballew & Leahy LLP
100 West Harrison St
N Tower Ste 300
Seattle, WA 98119

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**