HOWARD KOLLITZ (State Bar No. 059611)
hkollitz@dgdk.com
WALTER K. OETZELL (State Bar No. 109769)
woetzell@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone: (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Richard K. Diamond, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 30 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Associated Third Party Administrators,<br><br>Debtors in Possession,<br><br>Allied Fund Administrators, LLC,<br><br>Debtors in Possession.<br><br>In re:<br><br>Allied Fund Administrators, LLC,<br><br>Debtor and Debtor in Possession.<br><br>☒ Affects Both Debtors<br><br>☐ Affects Associated Third Party Administrators<br><br>☐ Affects Allied Fund Administrators, LLC | Case No.: 2:16-bk-23679-SK<br><br>Chapter 11<br><br>(Jointly administered under 2:16-bk-23682-SK)<br><br>**ORDER GRANTING TRUSTEE'S AMENDED MOTION FOR AUTHORITY TO PURCHASE EXTENDED REPORTING PERIOD UNDER DEBTOR'S PROFESSIONAL LIABILITY INSURANCE POLICY**<br><br>Date:  March 29, 2017<br>Time:  9:00 a.m.<br>Ctrm:  1575<br>  255 East Temple Street,<br>  Los Angeles, CA 90012 |

1408539.1  1623679A

1

1   Having considered the Amended Motion [docket entry # 348] by Richard K. Diamond, the
2   Chapter 7 trustee (the "**Trustee**") for the jointly administered bankruptcy estates of Associated Third
3   Party Administrators ("**ATPA**") and Allied Fund Administrators, LLC ("**Allied**" and together with
4   ATPA, the "**Debtors**"), for authority to purchase an extended reporting period under a professional
5   liability insurance policy pursuant to which the Debtors are insureds, the declaration of Martin G.
6   Bunin appended thereto, and the statements of counsel made at the hearing conducted by the Court
7   on the Motion on March 29, 2017 (the "**Hearing**"), finding notice of the Motion due and proper
8   under the circumstances, and finding good cause therefor,

9   **IT IS HEREBY ORDERED** that the Motion is GRANTED; and

10  **IT IS FURTHER ORDERED** that the Trustee is authorized to purchase the Extended
11  Reporting Period under Chubb Professional Portfolio Policy No. 8246-1111 under which the
12  Debtors are insureds (the "**Policy**") using funds (the "**Premium Funds**") paid to the Trustee for
13  that purpose by or on behalf of the following former customers of ATPA (collectively, "**the
14  Contributing Trusts and Funds**"): California Service Employees Health and Welfare Trust Fund;
15  San Francisco Culinary, Bartenders and Service Employees Pension Fund; San Francisco Culinary,
16  Bartenders and Service Employees Welfare Fund; San Francisco Culinary, Bartenders and Service
17  Employees Legal Services Fund; San Francisco Hotel-Restaurant Labor Management Education
18  Fund; Hotel and Restaurant Employees Health and Welfare Fund; and East Bay Restaurant and
19  Tavern Retirement Fund; and

20  **IT IS HEREBY ORDERED** that the Trustee shall use the Premium Funds for the sole
21  purpose of purchasing the Extended Reporting Period and shall return to the Contributing Trusts
22  and Funds any amount of the Premium Funds not accepted, or refunded, by or on behalf of the
23  insurer under the Policy; and

24  **IT IS HEREBY ORDERED** that the Contributing Trusts and Funds shall reimburse the
25  Trustee for his reasonable attorneys' fees and expenses incurred to prosecute the Amended Motion
26  upon receipt of a statement from the Trustee setting forth such fees and expenses with specificity;
27  and
28

1408539.1  1623679A

1     **IT IS FURTHER ORDERED**, notwithstanding the provisions of Bankruptcy Rules 6004(h), 6006(d) or 7062, this Order shall not be stayed after the entry hereof, but shall be effective and enforceable immediately upon entry, and the fourteen (14) day stay provided in Bankruptcy Rules 6004(h) and 6006(d) is hereby expressly waived and shall not apply.

**IT IS FURTHER ORDERED**, that the Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.

# # #

Date: March 30, 2017

Sandra R. Klein
United States Bankruptcy Judge

1408539.1  1623679A

3