Martin G. Bunin (NY State Bar No. 1088848)
*Admitted Pro Hac Vice*
**FARRELL FRITZ, P.C.**
622 Third Avenue, Suite 37200
New York, NY 10017
Telephone: (212) 687-1230
Fax: (646) 237-1810
Email: mbunin@farrellfritz.com

Leib M. Lerner (State Bar No. 227323)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1193
Fax: (213) 576-1100
Email: leib.lerner@alston.com

Attorneys for Participating Members of Ad Hoc
Employee Health and Pension, Trust and Fund Group

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Associated Third Party Administrators,<br><br>    Debtor.<br><br>In re:<br><br>Allied Fund Administrators, LLC,<br><br>    Debtor.<br><br>☒ Affects Both Debtors<br><br>☐ Affects Associated Third Party Administrators<br><br>☐ Affects Allied Fund Administrators, LLC | Case No.: 2:16-bk-23679-SK<br><br>Chapter 7<br><br>(Jointly administered under 2:16-bk-23682-SK)<br><br>**STIPULATION BETWEEN TRUSTEE, PARTICIPATING MEMBERS OF AD HOC GROUP AND OPERATING ENGINEERS TRUST FUNDS, ET AL. TO EXTEND OBJECTION DEADLINE TO TRUSTEE'S NOTICE OF INTENTION TO ABANDON PHYSICAL PERSONAL PROPERTY LOCATED AT 2807 MISSION COLLEGE BLVD., SANTA CLARA, CA 95054 [DOC. NO. 383]** |

Richard K. Diamond, the Chapter 7 trustee (the "**Trustee**") for the jointly administered bankruptcy estates of Associated Third Party Administrators ("**ATPA**") and Allied Fund Administrators, LLC ("**Allied**" and together with ATPA, the "**Debtors**"), Participating Members of Ad Hoc Employee Health and Pension Trust and Fund Group (the "**Ad Hoc Group**"), and Operating Engineers Trust Funds, et al. ("**OE**" and, together with the Trustee and Ad Hoc Group, the "**Parties**"), by and through their attorneys, stipulate as follows:

**RECITALS**

A.  On April 3, 2017, the Trustee filed a Notice of Intention to Abandon Physical Personal Property Located at 2807 Mission College Blvd., Santa Clara, CA 95054 [Doc. No. 383] ("Abandonment Motion").

B.  The Abandonment Motion was filed pursuant to Local Bankruptcy Rule 9013-1(f), providing for notice and an opportunity to be heard, and requiring any party objecting to the Abandonment Motion to file an opposition and request for hearing by no later than April 20, 2017.

C.  The Trustee, Ad Hoc Group, and OE have had discussions regarding the Abandonment Motion, and determined that the objection deadline should be extended by two weeks to provide time, in the interim, for Ad Hoc Group and OE to have the opportunity to arrange for the equipment that is on the property subject to the Abandonment Motion to be cleaned of any confidential, personally identifiable, and/or protected health information.

**STIPULATION**

1.  Based on the foregoing, and subject to Court approval, the Parties agree that the deadline for the Ad Hoc Group and OE only to file an objection to the Abandonment Motion is extended to May 4, 2017.

*[Signatures on Next Page]*

| | |
|---|---|
| Dated: April 13, 2017 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
| | By: _____ |
| | Walter K. Oetzell |
| | Aaron E. de Leest |
| | Attorneys for Richard K Diamond, as Chapter 7 Trustee |
| Dated: April 13, 2017 | ALSTON & BIRD LLP |
| | By: _____ |
| | Leib M. Lerner |
| | Attorneys for the Ad Hoc Employee Health and Pension Trust and Fund Group |
| Dated: April 13, 2017 | FARELLA BRAUN + MARTEL LLP |
| | By: _____ |
| | Gary M. Kaplan |
| | Attorneys for Trustees of the Operating Engineers Trust Funds and Other Operating Engineers Entities |

| | | |
|---|---|---|
| 1 | Dated: April 13, 2017 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Walter K. Oetzell |
| 5 | | Aaron E. de Leest |
| | | Attorneys for Richard K Diamond, as Chapter 7 Trustee |
| 6 | | |
| 7 | Dated: April 13, 2017 | ALSTON & BIRD LLP |
| 8 | | /s/ Leib M. Lerner |
| 9 | | Leib M. Lerner |
| 10 | | Attorneys for the Ad Hoc Employee Health and Pension Trust and Fund Group |
| 11 | | |
| 12 | Dated: April 13, 2017 | FARELLA BRAUN + MARTEL LLP |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Gary M. Kaplan |
| 16 | | Attorneys for Trustees of the Operating Engineers Trust Funds and Other Operating Engineers Entities |

| | | |
|---|---|---|
| 1 | Dated: April 13, 2017 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Walter K. Oetzell |
| 5 | | Aaron E. de Leest<br>Attorneys for Richard K Diamond, as Chapter 7 Trustee |
| 6 | Dated: April 13, 2017 | ALSTON & BIRD LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Leib M. Lerner |
| 10 | | Attorneys for the Ad Hoc Employee Health and Pension Trust and Fund Group |
| 11 | Dated: April 13, 2017 | FARELLA BRAUN + MARTEL LLP |
| 12 | | |
| 13 | | By: /s/ Gary M. Kaplan |
| 14 | | Gary M. Kaplan |
| 15 | | Attorneys for Trustees of the Operating Engineers Trust Funds and Other Operating Engineers Entities |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Hope Street, 16th Floor, Los Angeles, California 90071.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN TRUSTEE, PARTICIPATING MEMBERS OF AD HOC GROUP AND OPERATING ENGINEERS TRUST FUNDS, ET AL. TO EXTEND OBJECTION DEADLINE TO TRUSTEE'S NOTICE OF INTENTION TO ABANDON PHYSICAL PERSONAL PROPERTY LOCATED AT 2807 MISSION COLLEGE BLVD., SANTA CLARA, CA 95054 [DOC. NO. 383]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/13/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 4/13/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2017 | Melanie Mizrahie | /s/ Melanie Mizrahie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# SERVICE LIST

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Todd M Arnold on behalf of Debtor Associated Third Party Administrators
tma@lnbyb.com

Catherine Arostegui on behalf of Creditor OPEIU Local 3/Local 29
carostegui@beesontayer.com, akenney@beesontayer.com

Ron Bender on behalf of Debtor Allied Fund Administrators LLC
rb@lnbyb.com

Ron Bender on behalf of Debtor Associated Third Party Administrators
rb@lnbyb.com

Ron Bender on behalf of Debtor In Possession Allied Fund Administrators LLC
rb@lnbyb.com

Stuart E Bernsen on behalf of Creditor Pension Benefit Guaranty Corporation
bernsen.stuart@pbgc.gov, efile@pbgc.gov

Lynn Brown on behalf of Creditor American Express Travel Related Services Company Inc
notices@becket-lee.com

Shawn M Christianson on behalf of Creditor Oracle America, Inc.
cmcintire@buchalter.com, schristianson@buchalter.com

Aaron E De Leest on behalf of Trustee Richard K Diamond (TR)
aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

Ronald Dean on behalf of Interested Party Courtesy NEF
rdean@74erisa.com, rdean@igc.org

Richard K Diamond (TR)
RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

Jonathan R Doolittle on behalf of Interested Party Western States Office and Professional Employees Pension Fund and Board of Trustees of Western States Office and Professional Employees Pension Fund
jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;rpelusi@reedsmith.com;ashively@reedsmith.com;dkelley@reedsmith.com;bobmiller@kilmerlaw.com;cbroock@kilmerlaw.com;llhomedieu@kilmerlaw.com

Jamie P Dreher on behalf of Creditor CAMOFI Master LDC and CAMHZN Master LDC
jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com

Jamie P Dreher on behalf of Interested Party Courtesy NEF
jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com

Richard W Esterkin on behalf of Creditor Southern California Local 831 Employer Pension Trust Fund
richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com

| | |
|---|---|
| 1 | Richard W Esterkin on behalf of Debtor Associated Third Party Administrators<br>richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com |
| 2 | |
| 3 | Edward M Fox on behalf of Creditor New House Administrators, LLC<br>emfox@seyfarth.com |
| 4 | Edward M Fox on behalf of Debtor Associated Third Party Administrators<br>emfox@seyfarth.com |
| 5 | |
| 6 | Luis A Garcia on behalf of Interested Party Thomas E. Perez<br>garcia.luis.a@dol.gov |
| 7 | Michael I Gottfried on behalf of Interested Party Courtesy NEF<br>mgottfried@lgbfirm.com, |
| 8 | kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com |
| 9 | Brian T Harvey on behalf of Creditor Oracle America, Inc. |
| 10 | bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com |
| 11 | Mickee Hennessy on behalf of Creditor Shred-It USA<br>mhennessy@westermanllp.com |
| 12 | Jacqueline L James on behalf of Debtor Allied Fund Administrators LLC |
| 13 | jlj@lnbyb.com |
| 14 | Jacqueline L James on behalf of Debtor Associated Third Party Administrators<br>jlj@lnbyb.com |
| 15 | |
| 16 | Jacqueline L James on behalf of Debtor In Possession Allied Fund Administrators LLC<br>jlj@lnbyb.com |
| 17 | Gary M Kaplan on behalf of Interested Party Trustees of the Operating Engineers Trust Funds and Other Operating Engineers Entities |
| 18 | gkaplan@fbm.com |
| 19 | Eve H Karasik on behalf of Debtor Allied Fund Administrators LLC |
| 20 | ehk@lnbyb.com |
| 21 | Eve H Karasik on behalf of Debtor Associated Third Party Administrators<br>ehk@lnbyb.com |
| 22 | |
| 23 | Eve H Karasik on behalf of Debtor In Possession Allied Fund Administrators LLC<br>ehk@lnbyb.com |
| 24 | Howard Kollitz on behalf of Trustee Richard K Diamond (TR)<br>HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com |
| 25 | |
| 26 | Jeffrey S Kwong on behalf of Debtor Allied Fund Administrators LLC<br>jsk@lnbyb.com, jsk@ecf.inforuptcy.com |
| 27 | Jeffrey S Kwong on behalf of Debtor Associated Third Party Administrators<br>jsk@lnbyb.com, jsk@ecf.inforuptcy.com |
| 28 | |

6
STIPULATION TO CONTINUE OBJECTION DEADLINE

| | |
|---|---|
| 1 | Dare Law on behalf of U.S. Trustee United States Trustee (LA) <br> dare.law@usdoj.gov |
| 2 3 | Allison R Lemeshewsky on behalf of Interested Party Courtesy NEF <br> arlemesh@sbcglobal.net, ldtorres@sbcglobal.net;mwccoast@aol.com |
| 4 | Leib M Lerner on behalf of Interested Party Ad Hoc Employee Health and Pension, Trust and Fund Group <br> leib.lerner@alston.com, autodockettest-lax@alston.com |
| 5 6 | Leib M Lerner on behalf of Interested Party Courtesy NEF <br> leib.lerner@alston.com, autodockettest-lax@alston.com |
| 7 8 | Elan S Levey on behalf of Creditor Pension Benefit Guaranty Corporation <br> elan.levey@usdoj.gov, louisa.lin@usdoj.gov |
| 9 | Tracy L Mainguy on behalf of Interested Party Courtesy NEF <br> bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net |
| 10 11 | Thor D McLaughlin on behalf of Creditor PTF for Operating Engineers, LLC <br> tmclaughlin@allenmatkins.com, igold@allenmatkins.com |
| 12 | Robert B Miller on behalf of Interested Party Western States Office and Professional Employees Pension Fund and Board of Trustees of Western States Office and Professional Employees Pension Fund |
| 13 14 | Alan I Nahmias on behalf of Interested Party Courtesy NEF <br> anahmias@mbnlawyers.com, jdale@mirmanbubman.com |
| 15 16 | Melissa T Ngo on behalf of Creditor Pension Benefit Guaranty Corporation <br> ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 17 | George R Pitts on behalf of Creditor Med-Tech Health Solutions, LLC <br> gpitts@sandsanderson.com, tkearns@sandsanderson.com |
| 18 19 | George R Pitts on behalf of Creditor Jesse M. Kessler <br> gpitts@sandsanderson.com, tkearns@sandsanderson.com |
| 20 | Kelly L Pope on behalf of Creditor CAMOFI Master LDC and CAMHZN Master LDC <br> kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com |
| 21 22 | Kurt Ramlo on behalf of Debtor Associated Third Party Administrators <br> kr@lnbyb.com, kr@ecf.inforuptcy.com |
| 23 | Kurt Ramlo on behalf of Debtor In Possession Allied Fund Administrators LLC <br> kr@lnbyb.com, kr@ecf.inforuptcy.com |
| 24 25 | Russell H Rapoport on behalf of Creditor Canon Financial Services Inc. <br> rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com |
| 26 27 | Emily P Rich on behalf of Interested Party Courtesy NEF <br> erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com |
| 28 | Lovee D Sarenas on behalf of Creditor Karen Crampton <br> lovee.sarenas@lewisbrisbois.com |

Lovee D Sarenas on behalf of Interested Party Courtesy NEF
lovee.sarenas@lewisbrisbois.com

Kenneth D Schnur on behalf of Interested Party Courtesy NEF
kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com

Sonia Singh on behalf of Trustee Richard K Diamond (TR)
ss@dgdk.com

Lindsey L Smith on behalf of Debtor Allied Fund Administrators LLC
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Debtor Associated Third Party Administrators
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Debtor In Possession Allied Fund Administrators LLC
lls@lnbyb.com, lls@ecf.inforuptcy.com

Michele R Stafford on behalf of Creditor Automotive Industries Welfare Fund
mstafford@sjlawcorp.com, collections@sjlawcorp.com

Nicholas Starkman on behalf of Interested Party Courtesy NEF
nstarkman@wkclegal.com, syoung@wkclegal.com

Nicola G Suglia, Esq on behalf of Interested Party Courtesy NEF
nsuglia@fleischerlaw.com

David A Tilem on behalf of Creditor Basys, Inc.
davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;SylviaTilemLaw@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov


**SERVED BY U.S. MAIL:**
Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012