*In re Associated Third Party Administrator*
**Central District of California (Los Angeles)**
**Lead Case No. 2:16-bk-23679-SK**
**(Jointly Administrated with:  Case No. 2: 16-bk-23682-SK)**

# EXHIBIT 1
## To Declaration of Mainguy in Support of Operating Engineers Local 501 Security Fund's Motion to Compel Abandonment of Claims Against Insurer



North American Financial Lines Claims
82 Hopmeadow Street
Simsbury, CT 06070-7683
Phone: 860 408 2378
E-mail: frankwhite@chubb.com

**Via email only:** rdiamond@dgdk.com

Thursday, May 25, 2017

Richard K Diamond, Trustee
Danning, Gill, Diamond & Kollitz
1900 Avenue of Stars, 11th Floor
Los Angeles, CA 90067-4402

| | | |
|---|---|---|
| RE: | INSURED: | ASSOCIATED THIRD PARTY ADMINISTRATORS AND ITS SUBSIDIARIES |
| | POLICY NO: | 8246-1111 |
| | CLAIM NO: | 394374 |
| | POLICY TYPE: | Chubb Professional Portfolio Policy |
| | WRITING COMPANY: | Federal Insurance Company |
| | SUBJECT: | Operating Engineers Local 501 Security Fund |

Attorney Diamond,

This letter corrects a letter dated April 27, 2017.  This letter is addressed to you as the Trustee in Bankruptcy for a proceeding involving Associated Third Party Administrators ("ATPA"). If you believe this letter, which discusses ATPA's insurance policy and accusations of wrongdoing by ATPA, should be directed to someone else in addition to you or instead of you please notify me immediately so that I may direct this correspondence to such individual and/or entity.

This will acknowledge receipt of two letters: a) a letter dated January 30, 2017, from Linda Baldwin Jones of Weinberg, Roger & Rosenfeld on behalf of Operating Engineers Local 501 Security Fund ("Local 501") addressed to Richard K. Diamond, Interim Trustee of ATPA, and, b) a letter dated October 24, 2016, from Jamie Q. Baldwin of Cornwell & Baldwin on behalf of Local 501 to Bill Boyle of ATPA ("Local 501 Claim"). For the reasons set for below Federal Insurance Company ("Chubb" or the "Company") has determined that there is no defense or indemnity coverage available for ATPA for the Local 501 Claim under Policy.

Chubb issued a Chubb Professional Portfolio Policy which includes a Miscellaneous Professional and Technology Services Liability Coverage Part bearing policy number 8246-1111, to ATPA for the policy period starting November 11, 2015, through January 31, 2017 ("Policy").  The Policy has a maximum limit of liability for each Claim or Related Claims of $10,000,000, subject to the aggregates, terms, conditions and exclusions contained therein, including a $100,000 Retention.

**The Local 501 Claim:**

Generally, the Local 501 Claim takes issue the failure to present a stop loss claim in a timely manner. The Local 501 Claim seeks payment of $1,133,094.00.

**The Policy:**

All references will be to form 14-02-20106 (06/2015), unless otherwise stated.

A.

-6-

Section III(G), provides,

*The Company shall not be liable for **Loss** on account of any **Claim** for any liability of an **Insured** under any oral or written contract or agreement, provided that this Exclusion (G) shall not apply to **Loss** to the extent that an **Insured** would have been liable in the absence of such contract or agreement;*

Since the Claim involves violation of contracted duties to monitor expenditures and ensure timely filing claims to the stop loss carrier the above provision bars coverage for the Local 501 Claim.

B.

Notwithstanding the above denial, please note that the following policy provisions may either serve to preclude or limit coverage for this matter:

1.  Chubb reserves its rights as to whether the Claim was first made against an Insured within the Policy Period as required by Section I, since there is evidence of discussion about this matter which predate the inception date of the Policy;
2.  Chubb reserves its rights as to whether the Claim is barred by Section III(A), since there is evidence of discussion about this matter which predate the inception date of the Policy;
3.  Chubb reserves its rights as to whether the Claim is barred by Section III(B), since there is evidence of discussion about this matter which predate the inception date of the Policy;
4.  Chubb reserves its rights as to whether the Claim is barred by Section III(H), since there is evidence of discussion about this matter which predate the inception date of the Policy;
5.  Chubb reserves its rights as to whether the reporting provisions of the Policy, Section IV, have been complied with in light of the lack of reporting of this Claim by ATPA to Chubb;  and,
6.  Chubb reserves its rights as to whether the above provisions in conjunction with California Insurance Code Section 533 or other common or statutory law bars coverage for all or part of the claim.

Pursuant to the California Code of Regulations, Title 10, Chapter 5, Subchapter 7.5 Fair Claims Settlement Practices Regulations, if you believe all or part of this claim has been wrongfully denied or rejected, you may have this matter reviewed by the:

California Department of Insurance

Consumer Services Division

300 South Spring Street

Los Angeles, CA  90013

1-800-927-4357

Chubb reserves all rights under the Policy and at law.

For Federal Insurance Company,

*Frank C. White, Jr.*

Frank C. White, Jr.
Chubb North American Financial Lines Claims
cc:
Robert Aratingi via email only: Robert.Aratingi@crystalco.com
Linda Baldwin Jones via email only: LBJones@unioncounsel.net
Aaron E. De Leest via email only: adelest@dgdk.com