*In re Associated Third Party Administrator*
**Central District of California (Los Angeles)**
**Lead Case No. 2:16-bk-23679-SK**
**(Jointly Administrated with:  Case No. 2: 16-bk-23682-SK)**

# EXHIBIT 4
## To Declaration of Mainguy in Support of Operating Engineers Local 501 Security Fund's Motion to Compel Abandonment of Claims Against Insurer

LINDA BALDWIN JONES, Bar No. 178922
LISL R. SOTO, Bar No. 261875
ROBERTA D. PERKINS, Bar No. 153074
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  lbjones@unioncounsel.net
         lduncan@unioncounsel.net
         rperkins@unioncounsel.net

Attorneys for Plaintiff
OPERATING ENGINEERS LOCAL 501 SECURITY FUND

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

| OPERATING ENGINEERS LOCAL 501 SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>BENEFIT PROGRAMS ADMINISTRATION; MANAGEMENT APPLIED PROGRAMMING, INC.; ASSOCIATED THIRD PARTY ADMINISTRATORS; and DOES 1 to 25, inclusive,<br><br>Defendants. | No. KC069684<br><br>[assigned to Hon. Dan T. Oki, Dept. "J"]<br><br>**NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT ASSOCIATED THIRD PARTY ADMINISTRATORS**<br><br>Complaint Filed:  October 5, 2017 |
|---|---|

TO:   DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above-entitled Court entered and filed Entry of Default as to Defendant Associated Third Party Administrators on January 19, 2018. A copy of the Entry of Default is attached hereto as Exhibit A.

Dated: January 29, 2018

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
LINDA BALDWIN JONES
Attorneys for Plaintiff OPERATING ENGINEERS LOCAL 501 SECURITY FUND

144168\952710

NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT ASSOCIATED THIRD PARTY ADMINISTRATORS (CASE NO. KC069684)

-34-

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On January 29, 2018, I served the following documents in the manner described below:

**NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT ASSOCIATED THIRD PARTY ADMINISTRATORS**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

Associated Third Party Administrators
c/o Henry Ritter, Agent for Service
8912 E. Pinnacle Road, #447
Scottsdale, AZ 85255

Robert M. Anderson
Daniel Taylor
Wilson, Elser, Moskowitz, Edeman & Dicker, LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
(Attorneys for Management Applied Programming dba Benefit Programs Administration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2018 at Alameda, California.

Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2    -35-
NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANT ASSOCIATED THIRD PARTY ADMINISTRATORS (CASE NO. KC069684)

| | | CIV-100 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** STATE BAR NO:<br>NAME: Linda Jones, SBN 178922, Lisl Soto, SBN 261875, Roberta Perkins, SBN 153074<br>FIRM NAME: Weinberg, Roger & Rosenfeld<br>STREET ADDRESS: 1001 Marina Village Parkway, Suite 200<br>CITY: Alameda    STATE: CA    ZIP CODE: 94501<br>TELEPHONE NO.: (510) 337-1001    FAX NO.: (510) 337-1023<br>E-MAIL ADDRESS: lbjones@unioncounsel.net<br>ATTORNEY FOR (name): Operating Engineers Local 501 Security Fund | | **FOR COURT USE ONLY**<br><br>**CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**JAN 19 2018**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By G. Moreno, Deputy |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>STREET ADDRESS: 400 Civic Center Plaza<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Pomona, CA 91766<br>BRANCH NAME: Pomona Courthouse South | | |
| Plaintiff/Petitioner: Operating Engineers Local 501 Security Fund<br>Defendant/Respondent: Benefit Programs Administration, Inc., et al. | | |
| **REQUEST FOR**    [x] **Entry of Default**    [ ] **Clerk's Judgment**<br>(Application)    [ ] **Court Judgment** | | CASE NUMBER:<br>KC069684 |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* Oct 5, 2017
   b. by *(name):* Operating Engineers Local 501 Security Fund
   c. [x] Enter default of defendant *(names):*
      Associated Third Party Adminstrators

   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*
      Associated Third Party Administrators
      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date):*

2. **Judgment to be entered.**           Amount           Credits acknowledged           Balance
   a. Demand of complaint . . . . . . . . . . . . . $                $                $
   b. Statement of damages*
      (1) Special . . . . . . . . . . . . . . . . . . . . $                $                $
      (2) General . . . . . . . . . . . . . . . . . . . $                $                $
   c. Interest . . . . . . . . . . . . . . . . . . . . . . $                $                $
   d. Costs *(see reverse)* . . . . . . . . . . . . . $                $                $
   e. Attorney fees . . . . . . . . . . . . . . . . . . $                $                $
   f. **TOTALS** . . . . . . . . . . . . . . . . . . . . . $                $                $

   g. **Daily damages** were demanded in complaint at the rate of: $           per day beginning *(date):*
   *(\* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: Jan 19, 2018

Linda Baldwin Jones
(TYPE OR PRINT NAME)                    ▶ *(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)*

| **FOR COURT USE ONLY** | (1) [ ] Default entered as requested on *(date):* JAN 19 2018<br>(2) [ ] Default NOT entered as requested *(state reason):* G. MORENO<br>SHERRI R. CARTER, by _____, Deputy    Page 1 of 2 |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2018]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

-36-

CIV-100

| Plaintiff/Petitioner: | Operating Engineers Local 501 Security Fund | CASE NUMBER: KC069684 |
|---|---|---|
| Defendant/Respondent: | Benefit Programs Administration, Inc., et al. | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on (date):

5. ☒ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on (date): See attached POS
      (2) To (specify names and addresses shown on the envelopes):

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date:

_____     ▶ _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .................... $ 435.00
   b. Process server's fees ................. $ 256.40
   c. Other (specify): One Legal Filing Service Fee  $ 49.95
   d.                                         $
   e. **TOTAL** ........................... $ 741.35
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: January 19, 2018

_____Linda Baldwin Nones_____     ▶ _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF DECLARANT)

8. **Declaration of nonmilitary status** (required for a judgment). No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code section 400(b).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: January 19, 2018

_____Linda Baldwin Jones_____     ▶ _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2018]      **REQUEST FOR ENTRY OF DEFAULT**      Page 2 of 2
                                    (Application to Enter Default)

-37-

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On January 19, 2018, I served the following documents in the manner described below:

## REQUEST FOR ENTRY OF DEFAULT

☑   (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

Associated Third Party Administrators
c/o Henry Ritter, Agent for Service
8912 E. Pinnacle Road, #447
Scottsdale, AZ  85255

Robert M. Anderson
Daniel Taylor
Wilson, Elser, Moskowitz, Edeman & Dicker, LLP
555 South Flower Street, Suite 2900
Los Angeles, CA  90071-2407
(Attorneys for Management Applied Programming dba
Benefit Programs Administration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2018, at Alameda, California.

Joanna Son

PROOF OF SERVICE
Case No. KC0169684

-38-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Weinberg, Roger & Rosenfeld, 1001 Marina Village Parkway, Suite 200, Alameda, CA 94501**

A true and correct copy of the foregoing document entitled (*specify*): **OPERATING ENGINEERS LOCAL 501 SECURITY FUNDS' MOTION TO COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER and supporting DECLARATION OF TRACY L. MAINGUY and EXHIBITS 1-4** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 6, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **March 6, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 6, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge   VIA OVERNIGHT MAIL

Honorable Sandra R. Klien
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

For Chubb Insurance    VIA EMAIL

Frank White¨ frankwhite@chubb.com

Counsel for Benefit Programs Administration VIA EMAIL
Robert M. Anderson: robertanderson@wilsonelser.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2018 | J. L. ARANDA | /s/ J. L. Aranda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

142670\957957

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

-39-

F 9013-3.1.PROOF.SERVICE

The following is a list of **parties** who are being served by U. S. Mail:

| | |
|---|---|
| Robert B Miller<br>Kilmer, Voorhees & Laurick PC<br>732 NW 19th Ave<br>Portland, OR 97209 | Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Ste 500<br>Woodland Hills, CA 91367 |
| Bart Kessel<br>515 S Flower St<br>Forty-Second Fl<br>Los Angeles, CA 90071 | American Express Travel Related Services Company, Inc.<br>c/o Becket & Lee LLP<br>P. O. Box 3001<br>Malvern  PA  19355-0701 |
| D. Alexander Floum<br>The Williams Firm<br>1850 Mt. Diablo Boulevard, #340<br>Walnut Creek, CA  94596 | Shawn C. Groff<br>1330 Broadway, Suite 1450<br>Oakland, CA  94612 |
| IBM Corporation<br>Attn:  Marie-Josee Dube<br>275 Viger East<br>Montreal, Quebec  H2X 3R7 Canada | Russell J Reid<br>Reid McCarthy Ballew & Leahy LLP<br>100 West Harrison Street<br>N Tower, Suite 300<br>Seattle, WA  98119 |
| Operating Engineers Local 501 Security Fund<br>c/o Cornwell & Baldwin<br>1017 East Grand Avenue<br>Escondido  CA  92025 | |

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Todd M Arnold tma@lnbyb.com
- Catherine Arostegui carostegui@beesontayer.com, akenney@beesontayer.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- Ron Bender rb@lnbyb.com
- Stuart E Bernsen bernsen.stuart@pbgc.gov, efile@pbgc.gov
- Karl E Block kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- Jerrold L Bregman ecf@bg.law, jbregman@bg.law
- Lynn Brown notices@becket-lee.com
- Martin G Bunin , melanie.mizrahie@alston.com
- Martin G Bunin mbunin@farrellfritz.com, melanie.mizrahie@alston.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Ronald Dean rdean@74erisa.com, rdean@igc.org
- Richard K Diamond (TR) RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;    DanningGill@Gmail.com
- Jonathan R Doolittle jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;    rpelusi@reedsmith.com; ashively@reedsmith.com; dkelley@reedsmith.com; bobmiller@kilmerlaw.com; cbroock@kilmerlaw.com;
- Jamie P Dreher jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Richard W Esterkin richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
- Edward M Fox emfox@seyfarth.com
- Luis A Garcia garcia.luis.a@dol.gov
- Bernard R Given bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Michael I Gottfried mgottfried@lgbfirm.com, srichmond@lgbfirm.com; emeza@lgbfirm.com;    njanbay@lgbfirm.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Mickee Hennessy mhennessy@westermanllp.com
- Jacqueline L James jlj@lnbyb.com
- Gary M Kaplan gkaplan@fbm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

-40-

F 9013-3.1.PROOF.SERVICE

- Eve H Karasik ehk@lnbyb.com
- Howard Kollitz HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- Jason B Komorsky ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Dare Law dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- Allison R Lemeshewsky allison@MwcandAssociates.com, luisa@MwcandAssociates.com; jason@MwcandAssociates.com; mwccoast@aol.com
- Leib M Lerner leib.lerner@alston.com, autodockettest-lax@alston.com
- Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Thor D McLaughlin tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Melissa T Ngo ngo.melissa@pbgc.gov, efile@pbgc.gov
- Elaine Nguyen elaine@wsrlaw.net, vinnet@ecf.inforuptcy.com;elayna@wsrlaw.net
- Walter K Oetzell woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- Renee M Parker renee.parker@mtglawfirm.com, bknotice@earthlink.net
- George R Pitts gpitts@sandsanderson.com, tkearns@sandsanderson.com
- Kelly L Pope kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
- Russell H Rapoport rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- Emily P Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com
- Lovee D Sarenas lovee.sarenas@lewisbrisbois.com
- Kenneth D Schnur kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com
- Susan K Seflin sseflin@brutzkusgubner.com
- James R Selth jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh ss@dgdk.com, DanningGill@gmail.com,SSingh@ECF.Inforuptcy.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia nsuglia@fleischerlaw.com
- David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;    malissamurguia@tilemlaw.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com;    MalissaMurguia@ecf.inforuptcy.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Aaron E de Leest aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

-41-

*June 2012*    F 9013-3.1.PROOF.SERVICE