| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Linda Baldwin Jones, State Bar No. 178922<br>Tracy L. Mainguy, State Bar No. 176928<br>Weinberg Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501<br>Telephone: 510-337-1001 Facsimile: 510-337-1023<br>Email: bankruptcycourtnotices@unioncounsel.net<br>tmainguy@unioncounsel.net LBJones@unioncounsel.net<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Operating Engineers Local 501 Security | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - LOS ANGELES DIVISION

| In re:<br>ASSOCIATED THIRD PARTY ADMINISTRATORS,<br>Debtor and Debtor in Possession | CASE NO.: 2:16-BK-23679-SK<br>CHAPTER: 7 |
|---|---|
| In re:<br>ALLIED FUND ADMINISTRATORS, LLC,<br>Debtor and Debtor in Possession<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Motion to Compel Abandonment of Claims Against Insurer |

PLEASE TAKE NOTE that the order titled Order Granting Operating Engineers Local 501 Security Trust Fund's Motion to Compel Abandonment of Claims Against Insurer

was lodged on *(date)* __03/26/2018__ and is attached. This order relates to the motion which is docket number 529 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                          F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Weinberg Roger & Rosenfeld, 1001 Marina Village Parkway, Suite 200, Alameda, CA 94501

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __03/23/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __03/23/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2018 | J. L. Aranda | /s/ J. L. Aranda |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                              F 9021-1.2.BK.NOTICE.LODGMENT

**In re Associated Third Party Administrator**
**Central District of California (Los Angeles)**
**Lead Case No. 2:16-bk-23679-SK**
**Jointly Administered with: Case No. 2:16-bk-23682-SK**

The following is a list of **parties** who are being served by U. S. Mail:

| | |
|---|---|
| Robert B Miller<br>Kilmer, Voorhees & Laurick PC<br>732 NW 19th Ave<br>Portland, OR 97209 | Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Ste 500<br>Woodland Hills, CA 91367 |
| Bart Kessel<br>515 S Flower St<br>Forty-Second Fl<br>Los Angeles, CA 90071 | Shawn C. Groff<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612 |
| D. Alexander Floum<br>The Williams Firm<br>1850 Mt. Diablo Boulevard, #340<br>Walnut Creek, CA 94596 | Russell J Reid<br>Reid McCarthy Ballew & Leahy LLP<br>100 West Harrison Street<br>N Tower, Suite 300<br>Seattle, WA 98119 |
| IBM Corporation<br>Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal, Quebec H2X 3R7 Canada | |

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Todd M Arnold tma@lnbyb.com
- Catherine Arostegui carostegui@beesontayer.com, akenney@beesontayer.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- Ron Bender rb@lnbyb.com
- Stuart E Bernsen bernsen.stuart@pbgc.gov, efile@pbgc.gov
- Karl E Block kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- Jerrold L Bregman ecf@bg.law, jbregman@bg.law
- Lynn Brown notices@becket-lee.com
- Martin G Bunin , melanie.mizrahie@alston.com
- Martin G Bunin mbunin@farrellfritz.com, melanie.mizrahie@alston.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Ronald Dean rdean@74erisa.com, rdean@igc.org
- Richard K Diamond (TR) RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com; DanningGill@Gmail.com
- Jonathan R Doolittle jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com; rpelusi@reedsmith.com; ashively@reedsmith.com; dkelley@reedsmith.com; bobmiller@kilmerlaw.com; cbroock@kilmerlaw.com;
- Jamie P Dreher jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Richard W Esterkin richard.esterkin@morganlewis.com, gloria.moonesinghe@morganlewis.com
- Edward M Fox emfox@seyfarth.com
- Luis A Garcia garcia.luis.a@dol.gov
- Bernard R Given bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Michael I Gottfried mgottfried@lgbfirm.com, srichmond@lgbfirm.com; emeza@lgbfirm.com; njanbay@lgbfirm.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Mickee Hennessy mhennessy@westermanllp.com

3

**In re Associated Third Party Administrator**
**Central District of California (Los Angeles)**
**Lead Case No. 2:16-bk-23679-SK**
**Jointly Administered with: Case No. 2:16-bk-23682-SK**

- Jacqueline L James jlj@lnbyb.com
- Gary M Kaplan gkaplan@fbm.com
- Eve H Karasik ehk@lnbyb.com
- Howard Kollitz HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- Jason B Komorsky ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Dare Law dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- Allison R Lemeshewsky allison@MwcandAssociates.com, luisa@MwcandAssociates.com; jason@MwcandAssociates.com; mwccoast@aol.com
- Leib M Lerner leib.lerner@alston.com, autodockettest-lax@alston.com
- Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Thor D McLaughlin tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Melissa T Ngo ngo.melissa@pbgc.gov, efile@pbgc.gov
- Elaine Nguyen elaine@wsrlaw.net, vinnet@ecf.inforuptcy.com;elayna@wsrlaw.net
- Walter K Oetzell woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- Renee M Parker renee.parker@mtglawfirm.com, bknotice@earthlink.net
- George R Pitts gpitts@sandsanderson.com, tkearns@sandsanderson.com
- Kelly L Pope kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
- Russell H Rapoport rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- Emily P Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net;cak@blake-uhlig.com
- Lovee D Sarenas lovee.sarenas@lewisbrisbois.com
- Kenneth D Schnur kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com
- Susan K Seflin sseflin@brutzkusgubner.com
- James R Selth jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Zev Shechtman zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh ss@dgdk.com, DanningGill@gmail.com,SSingh@ECF.Inforuptcy.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia nsuglia@fleischerlaw.com
- David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com; malissamurguia@tilemlaw.com; joanfidelson@tilemlaw.com; JoanFidelson@ecf.inforuptcy.com; MalissaMurguia@ecf.inforuptcy.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Aaron E de Leest aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

The following is the list of **parties** will receive an email service for this case.

For Chubb Insurance    Frank White: frankwhite@chubb.com

Counsel for Benefit Programs Administration Robert M. Anderson: robertanderson@wilsonelser.com

4

```
 1  LINDA BALDWIN JONES, Bar No. 178922
    TRACY L. MAINGUY, Bar No. 176928
 2  WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
 3  1001 Marina Village Parkway, Suite 200
    Alameda, California 94501
 4  Telephone (510) 337-1001
    Fax (510) 337-1023
 5  E-Mail:
    bankruptcycourtnotices@unioncounsel.net
 6  lbjones@unioncounsel.net
    tmainguy@unioncounsel.net
 7
    Attorneys for Creditor
 8  Operating Engineers Local 501 Security Fund
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| In Re<br><br>Associated Third Party Administrators,<br><br>Debtor. | Lead Case No. 2:16-BK-23679-SK<br><br>Jointly administered with:<br>Case No. 2:16-bk-23682-SK<br><br>CHAPTER 11 Cases |
|---|---|
| In Re<br><br>Allied Fund Administrators, LLC,<br><br>Debtor and Debtor in Possession. | **ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER** |
| ☐ Affects Both Debtors<br>☒ Affects Associated Third Party Administrators Only<br>☐ Affects Allied Fund Administrators, LLC Only | Judge: Hon. Sandra R. Klein<br>Date: No Hearing Set<br>Time: Motion Filed Pursuant to LBR 9013(1)(o)<br>Place: 255 East Temple St.<br>       Los Angeles, CA 90012<br>       Courtroom 1575 |

1

ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER
Case No. 2:16-BK-23679-SK

This Court, having reviewed and considered the Motion to Compel Abandonment of Claims Against Insurer [ECF Nos. 528-529] filed by Operating Engineers Local 501 Security Fund ("Security Fund"), and the Declaration that No Party Requested A Hearing on the Motion to Compel Abandonment of Claims Against Insurer filed by Movants, and for good cause appearing,

IT IS ORDERED THAT:

1. The Motion to Compel Abandonment of Claims Against Insurer is GRANTED.

2. Chapter 7 Trustee Richard K. Diamond is directed to abandon to the Estate's claims against Chubb[1] for breach of contract and failure to defend based upon Chubb's denial of coverage for the claims submitted by the Security Fund, claim numbers 394374 and 391409 made under Policy Number 8246-1111 issued to the Debtor Associated Third Party Administrators.

IT IS SO ORDERED.

# # #

---

[1] The Policy was written by Federal Insurance Company.

VEINBERG, ROGER &
ROSENFELD
A Professional Corporation
103 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO
COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER
Case No. 2:16-BK-23679-SK