LINDA BALDWIN JONES, Bar No. 178922
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail:
bankruptcycourtnotices@unioncounsel.net
lbjones@unioncounsel.net
tmainguy@unioncounsel.net

Attorneys for Creditor
Operating Engineers Local 501 Security Fund

**FILED & ENTERED**

**APR 17 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| | |
|---|---|
| In Re<br><br>Associated Third Party Administrators,<br><br>Debtor. | Lead Case No. 2:16-BK-23679-SK<br><br>Jointly administered with:<br>Case No. 2:16-bk-23682-SK<br><br>CHAPTER 11 Cases |
| In Re<br><br>Allied Fund Administrators, LLC,<br><br>Debtor and Debtor in Possession. | **ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER** |
| ☐ Affects Both Debtors<br><br>☑ Affects Associated Third Party Administrators Only<br><br>☐ Affects Allied Fund Administrators, LLC Only | Judge: Hon. Sandra R. Klein<br>Date: No Hearing Set<br>Time: Motion Filed Pursuant to LBR 9013(1)(o)<br>Place: 255 East Temple St.<br>            Los Angeles, CA 90012<br>            Courtroom 1575 |

1

ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO
COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER
Case No. 2:16-BK-23679-SK

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

This Court, having reviewed and considered the Motion to Compel Abandonment of Claims Against Insurer [ECF Nos. 528-529] filed by Operating Engineers Local 501 Security Fund ("Security Fund"), and the Declaration that No Party Requested A Hearing on the Motion to Compel Abandonment of Claims Against Insurer filed by Movants, and for good cause appearing,

IT IS ORDERED THAT:

1. The Motion to Compel Abandonment of Claims Against Insurer is GRANTED.

2. Chapter 7 Trustee Richard K. Diamond is directed to abandon the Estate's claims against Chubb[1] for breach of contract and failure to defend based upon Chubb's denial of coverage for the claims submitted by the Security Fund, claim numbers 394374 and 391409 made under Policy Number 8246-1111 issued to the Debtor Associated Third Party Administrators.

IT IS SO ORDERED.

# # #

Date: April 17, 2018

Sandra R. Klein
United States Bankruptcy Judge

---

[1] The Policy was written by Federal Insurance Company.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
ORDER GRANTING OPERATING ENGINEERS LOCAL 501 SECURITY FUND'S MOTION TO COMPEL ABANDONMENT OF CLAIMS AGAINST INSURER
Case No. 2:16-BK-23679-SK