## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*):

- Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (with Supporting Declarations and Memorandum of Law in Support of Motion of Federal Insurance Company for Order Regarding Settlement of Abandoned Claim of Debtor)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 22, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 22, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 22, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2019   Tracy Southwell | /s/ Tracy Southwell |
|---|---|
| Date           Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**In re Associated Third Party Administrators**

**Case No. 2:16-bk-23679**

**VIA OVERNIGHT DELIVERY**

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

**SERVED VIA NEF**

- Todd M Arnold    tma@lnbyb.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ron Bender    rb@lnbyb.com
- Stuart E Bernsen    bernsen.stuart@pbgc.gov, efile@pbgc.gov
- Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Lynn Brown    notices@becket-lee.com
- Martin G Bunin    , melanie.mizrahie@alston.com
- Martin G Bunin    mbunin@farrellfritz.com, melanie.mizrahie@alston.com
- Bradley C Carroll    bcarroll@downeybrand.com, tlenz@downeybrand.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ronald Dean    rdean@74erisa.com, rdean@igc.org
- Richard K Diamond (TR)    RKDTrustee@dgdk.com, rdiamond@ecf.axosfs.com;DanningGill@Gmail.com **(CHAPTER 7 TRUSTEE)**
- Jonathan R Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Edward M Fox    emfox@seyfarth.com
- Luis A Garcia    garcia.luis.a@dol.gov
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Melissa T Harris    harris.melissa@pbgc.gov, efile@pbgc.gov
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Mickee Hennessy    mhennessy@westermanllp.com
- Catherine Holzhauser    cholzhauser@beesontayer.com, nmounir@beesontayer.com
- Jacqueline L James    jjames@hrhlaw.com
- Gary M Kaplan    gkaplan@fbm.com
- Eve H Karasik    ehk@lnbyb.com
- Howard Kollitz    HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com

- Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- Allison R Lemeshewsky    allison@MwcandAssociates.com, luisa@MwcandAssociates.com;jason@MwcandAssociates.com;mwccoast@aol.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Elaine Nguyen    elainevnguyen@gmail.com
- Walter K Oetzell    woetzell@dgdk.com, DanningGill@gmail.com;woetzell@ecf.inforuptcy.com
- Renee M Parker    renee.parker@mtglawfirm.com, bknotice@earthlink.net
- George R Pitts    gpitts@rubinrudman.com, cgrant@rubinrudman.com
- Kelly L Pope    kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Russell H Rapoport    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com
- Kenneth D Schnur    kenneth.schnur@kts-law.com, anastasia.mogilevsky@kts-law.com
- Susan K Seflin    sseflin@bg.law
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Sonia Singh    ss@dgdk.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford    mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman    nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia    nsuglia@fleischerlaw.com
- David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Aaron E de Leest    aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

**SERVED VIA U.S. MAIL**

**Attorneys for Operating Engineers Local 501 Security Fund**
Weinberg, Roger & Rosenfeld
Attn: Linda Baldwin Jones, Roberta D. Perkins
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

**Attorneys for Management Applied Programming Inc. dba Benefit Programs Administration**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attn: Robert Anderson
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071